AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ERIK CHAVEZ, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 20-cv-22603-MGC |
| GRILL ENTERPRISES, LLC, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern," and RUBEN SIERRA, individually | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        GRILL ENTERPRISES, LLC
        c/o Registered Agent Salver & Cook, LLP
        2721 Executive Park Drive
        Suite 4
        Weston, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony F. Sanchez
                                               Anthony F. Sanchez, P.A.
                                               6701 Sunset Drive, Suite 101
                                               Miami, Florida 33143
                                               Tel.: 305-665-9211
                                               Fax: 305-328-4842

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts

Date:    06/23/2020

Angela E. Noble
Clerk of Court