# RETURN OF SERVICE

**State of Florida**                **County of SOUTHERN**                **District Court**

Case Number: 20-CV-22603-MGC

Plaintiff:
**ERIK CHAVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**GRILL ENTERPRISES, LLC, ET AL.,**

For:
Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

Received by Caplan, Caplan & Caplan Process Servers on the 26th day of June, 2020 at 4:43 pm to be served on **GRILL ENTERPRISES, LLC C/O REGISTERED AGENT SALVER & COOK, LLP, 2721 EXECUTIVE PARK DRIVE, SUITE 4, WESTON, FL 33331**.

I, Luzeneida Gonzalez, do hereby affirm that on the **29th day of June, 2020** at **10:30 am, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AND FAIR LABOR STANDARDS ACT COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SALVER & COOK, LLP** as **REGISTERED AGENT** at the address of: **2721 EXECUTIVE PARK DRIVE, SUITE 4, WESTON, FL 33331** on behalf of **GRILL ENTERPRISES, LLC C/O REGISTERED AGENT SALVER & COOK, LLP**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
BY SERVING ANDREINA HERRERA AS EMPLOYEE OF THE REGISTERED AGENT

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**Luzeneida Gonzalez**
1089

**Caplan, Caplan & Caplan Process Servers**
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: CPN-2020019420
Service Fee: _____

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

*Andreins Herrera*

ERIK CHAVEZ, individually and on behalf of others similarly situated,
)
)
)
)
)

*Plaintiff(s)*

v.

Civil Action No. 20-cv-22603-MGC

DATE 6-29-2020   TIME 1030A

GRILL ENTERPRISES, LLC, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern," and RUBEN SIERRA, individually
)
)
)
)
)
)

INITIAL ___   BADGE# 1085

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GRILL ENTERPRISES, LLC
c/o Registered Agent Salver & Cook, LLP
2721 Executive Park Drive
Suite 4
Weston, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony F. Sanchez
Anthony F. Sanchez, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel.: 305-665-9211
Fax: 305-328-4842

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  06/23/2020

Angela E. Noble
Clerk of Court

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

19420

Log Out

## Details for Job 2020019420

### General Information

| | |
|---|---|
| Party To Be Served: | GRILL ENTERPRISES, LLC C/O REGISTERED AGENT SALVER & COOK, LLP |
| Person To Be Served: | None |
| Received Date/Time: | 6/26/2020 4:43 PM |
| Documents To Be Served: | SUMMONS IN A CIVIL ACTION, AND FAIR LABOR STANDARDS ACT COMPLAINT |
| Court Date/Time: | None |

### Case Information

| | |
|---|---|
| Case Number: | 20-CV-22603-MGC |
| Judge: | None |
| Plaintiff: | ERIK CHAVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED |
| Defendant: | GRILL ENTERPRISES, LLC, ET AL., |
| Case Date Filed: | None |
| Amended Date Filed: | None |

### Service Information

| | |
|---|---|
| Served: | SALVER & COOK, LLP |
| Date/Time Served: | 6/29/2020 10:30 AM |
| Method of Service: | CORPORATE - REGISTERED AGENT |
| Detailed Service Info: | served a CORPORATION, REGISTERED AGENT by delivering a true copy of the SUMMONS IN A CIVIL ACTION, AND FAIR LABOR STANDARDS ACT COMPLAINT with the date and hour of service endorsed thereon by me, to: SALVER & COOK, LLP as REGISTERED AGENT at the address of: 2721 EXECUTIVE PARK DRIVE, SUITE 4, WESTON, FL 33331 on behalf of GRILL ENTERPRISES, LLC C/O REGISTERED AGENT SALVER & COOK, LLP, and informed said person of the contents therein, in compliance with Florida State Statute 48.091. |
| Service Address: | 2721 EXECUTIVE PARK DRIVE, SUITE 4, WESTON, FL 33331 |
| Recipient Description: | None |

### Servee Addresses

| Address(es) |
|---|
| 2721 EXECUTIVE PARK DRIVE, SUITE 4, WESTON, FL 33331 |
| 2721 EXECUTIVE PARK DRIVE, SUITE 4, WESTON, FL 33331 |

### Comments

☐ Show Location Column

| Date/Time | Body |
|---|---|
| | BY SERVING ANDREINA HERRERA AS EMPLOYEE OF THE REGISTERED AGENT |
| 6/29/2020 10:28 AM | Attempted service at 2721 EXECUTIVE PARK DRIVE, SUITE 4, WESTON, FL 33331, served |

| 6/26/2020 4:46 PM | ASSIGNED TO SERVER |
|---|---|

## Attachments

| Purpose | Description | Format | Show Attachment |
|---|---|---|---|
| Doc to File | SUMMONS | Adobe PDF | Show Attachment |
| Affidavit/Proof | Affidavit | Adobe PDF | Show Attachment |
| Invoice | Invoice | Adobe PDF | Show Attachment |