UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22603-MGC

ERIK CHAVEZ, individually, and
on behalf of others similarly situated,

       Plaintiff,

vs.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

       Defendants.
_____/

### JOINT MOTION FOR ONE WEEK EXTENSION OF TIME FOR PARTIES TO RESPOND TO EACH OTHER'S RESPECTIVE MOTIONS FOR SUMMARY JUDGEMENT

    Plaintiffs, ERIK CHAVEZ and LEONEL DIAZ, and Defendants GRILL ENTERPRISES, LLC and RUBEN SIERRA, by and through undersigned counsel, hereby file this Joint Motion for One Week Extension of Time for Parties to Respond to Each Other's Respective Motions for Summary Judgment and state as follows:

    1.    Defendants filed a Motion for Summary Judgment on August 23, 2021 (D.E. 64).

    2.    Plaintiffs filed a Motion for Summary Judgment on August 23, 2021 (D.E. 69).

    3.    Under the current schedule, the respective responses would be due on Tuesday, September 7, 2021.

    4.    The Parties respectfully requests and additional seven (7) days to file their responses to each other's respective motions for summary judgment due to the fact that counsel for Defendants has been under the weather and left with little time over the past week to work on the response and will be out of town for the Holiday weekend and Plaintiffs' counsel was compressed for time due to illness and an appellate briefing schedule for a brief

and appendix due in the 11th Circuit Court of Appeals (*Valle v. AA And K Restoration Group, LLC, et al.*, Case No.: 1:19-cv-20873-KMM). Counsel for Plaintiffs and Defendants are solo practitioners.

5. The Parties represent that this request is not made in bad faith, nor for undue delay or any other dilatory purpose.

6. Pursuant to the federal and local rules of civil, the undersigned counsel conferred in good faith about the relief sought in the motion, and counsel agree to the relief sought in this motion.

7. Looking ahead, counsel for the Parties do not anticipate that this one-week extension of time will impact any other Court deadline in this action.

8. Under Federal Rule of Civil Procedure 6(b), the Court is authorized to enlarge the period within which the Parties must file the respective responses "if request therefore is made before the expiration of the period originally prescribed." The Parties filed this request timely under Rule 6(b). Therefore, the Court has the authority to grant this motion pursuant to Rule 6(b), Fed.R.Civ.P.

9. By its express terms, Rule 6(b) affords a wide discretion to the Court to enlarge time periods established by the Rules of Civil Procedure or a Court order. *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Rule 1, Federal Rules of Civil Procedure; 4 Wright & Miller, Federal Practice and Procedure, §1165 (1969). "Pre-expiration extensions are granted routinely if they are sought in good faith and do not prejudice the adversary." *See* Steven Baicker–McKee, William M. Janssen, and John B. Corr, *Federal Civil Rules Handbook 2014,* at 314 (West 2014).

WHEREFORE, the Parties respectfully requests that this motion for extension of time be granted. If granted, the Parties respective responses would be due on or before September 14, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/Anthony F. Sanchez, Esq.<br>Anthony F. Sanchez, Esq.<br>ANTHONY F. SANCHEZ, P.A.<br>6701 Sunset Drive, Suite 101<br>Miami, Florida 33143<br>Telephone: (305) 665-9211<br>Email: afs@laborlawfla.com<br>Email: faz@laborlawfla.com<br>Florida Bar No.: 789925<br>Counsel for Plaintiffs | /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>TODD W. SHUULBY, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Anthony F. Sanchez, Esq.

By:  /s/Todd W. Shulby, Esq.
     For Todd W. Shulby, P.A.