# EXHIBIT "1"

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|
| RA / 46A 22303671 | 01/ | 2599823 | 1 of 1 | | | |

Grill Enterprises LLC
1450 Brickell Ave Suite 2080
Miami, FL 33131

Period Starting: 06/21/2018
Period Ending: 07/04/2018
Pay Date: 07/06/2018

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
   Federal: 0    Federal:
   State: 0    State:
   Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Erik Chavez
2130 SW 122 Ave
Miami, FL 33175

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 69.35 | 362.70 | 4015.30 |
| Cash tips | | 0.00 | 1669.23 | 22789.53 |
| **Gross Pay** | | | **$2,031.93** | $26,804.83 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 209.44 | 2431.82 |
| Total Hours Worked | 69.35 | 781.47 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -207.26 | 1902.81 |
| Social Security | -125.98 | 1661.90 |
| Medicare | -29.46 | 388.67 |
| **Net Pay** | **$0.00** | |

Your federal taxable wages this period are  $2,031.93

Grill Enterprises LLC
1450 Brickell Ave Suite 2080
Miami, FL 33131

Pay Date: 07/06/2018

Erik Chavez
2130 SW 122 Ave
Miami, FL 33175

47