# EXHIBIT "2"

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RA / 46A 22303671 | 01/ | 51230 | 1 of 1 | |  |

Grill Enterprises LLC
1450 Brickell Ave Suite 2080
Miami, FL 33131

Period Starting:  07/05/2018
Period Ending:   07/18/2018
Pay Date:        07/20/2018

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
    Federal:   0                Federal:
    State:     0                State:
    Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

**Leonel Diaz**
**380 NW 85th Place**
Miami, FL 33126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 5695.42 |
| Overtime | | | 0.00 | 565.34 |
| Tipped hours | 5.2300 | 69.61 | 364.06 | 1677.26 |
| Cash tips | | 0.00 | 1385.59 | 16038.59 |
| **Gross Pay** | | | **$1,749.65** | $23,976.61 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 210.22 | 968.51 |
| Total Hours Worked | 69.61 | 1068.19 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -197.44 | 2707.79 |
| Social Security | -108.48 | 1486.55 |
| Medicare | -25.37 | 347.66 |
| **Net Pay** | **$32.77** | |

Your federal taxable wages this period are  $1,749.65

63-8655/2660

Grill Enterprises LLC
1450 Brickell Ave Suite 2080
Miami, FL 33131

Payroll Check Number:   51230
Pay Date:               07/20/2018

**THIS IS NOT A CHECK**

Pay to the order of:   **Leonel Diaz**

This amount:   THIRTY TWO AND 77/100          $32.77

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Citibank N.A.

Leonel Diaz
380 NW 85th Place
Miami, FL 33126

36