UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22606-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

    Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

    Defendants.
_____/

## **NOTICE OF APPEARANCE AS CO-COUNSEL FOR DEFENDANTS**

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as co-counsel for Defendants, Grill Enterprises, LLC and Ruben Sierra, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 10th day of April 2023.

                                          s/Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel: (305) 230-4884
                                        *Co-Counsel for Defendant(s)*