UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-22603-GOODMAN

**[CONSENT]**

ERIC CHAVEZ and
LEONEL DIAZ

      Plaintiffs,

v.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

      Defendants.

_____/

**ORDER ON DEFENDANTS' MOTION *IN LIMINE***

Defendants filed [ECF No. 137] a motion *in limine* and Plaintiffs filed [ECF No. 140] an opposition response.

Plaintiffs may introduce evidence of undocumented workers and independent contractors working at the restaurant and participating in the tip credit pool (or receiving payments/distributions from the tip pool). But Plaintiffs may not introduce evidence

about undocumented employees and undocumented purported independent contractors **unless** they participated in the tip pool or received proceeds from the tip pool. Any party seeking to introduce this type of evidence must redact (and not mention in the jury's presence) the personal information of others, such as social security numbers, health and medical treatment history, and financial information (such as bank account numbers).

The Court plans to issue a jury instruction advising that employers are still required to pay undocumented workers their wages in amounts required by law and through permissible methods, such as a tip pool (with notice to employees), if correctly carried out. The parties shall include this instruction (or something similar to it) in their pre-trial submission of proposed jury instructions.

The Court **grants in part** and **denies in part** Defendants' motion to exclude evidence of their finances and income. Plaintiffs cannot introduce this type of evidence merely to disclose to the jury Defendants' wealth, assets, or income. However, Plaintiffs may introduce this evidence to the extent it is relevant for issues in the trial, such as to show whether Plaintiffs were paid, how much they were paid, whether Defendants withheld any money (and, if so, how much and through which mechanisms), the issuance of tax documents reflecting payments, tip credits and withholding, and the identities of those who participated in the tip pool.

The Court intends to issue a jury instruction that the jury may not show bias in favor of, or against, any party based on that party's financial status, wealth, and/or income. The

parties shall include this instruction in their pre-trial submission of proposed jury instructions.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on April 13, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record