# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*Erik Chavez, et al.,*

      vs.

*Grill Enterprises, LLC, et al.*

**PLAINTIFFS' WITNESS & EXHIBIT LIST**

Case No.: 20-22603-CIV-GOODMAN [CONSENT]

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY(S) | DEFENDANT'S ATTORNEY(S) |
|---|---|---|
| Hon. Jonathan Goodman | Anthony F. Sanchez | Brian H. Pollock<br>Todd W. Shulby |
| **TRIAL DATE(S)**<br>May 8, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **– EXHIBITS –** |
| | | | | | |
| | | | | | **ERIK CHAVEZ RECORDS (PHASE I)** |
| P-1a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/21/17 |
| P-1b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/21/17 |
| P-2a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/2/17 |
| P-2b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/2/17 |
| P-3a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/19/17 |
| P-3b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/19/17 |
| P-4a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/2/17 |
| P-4b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/2/17 |
| P-5a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/16/17 |

**Objection Codes (SDFL Local Rule 16.1)**
A – Authenticity      H – Hearsay
I – Contains inadmissible matter      UP – Unduly prejudicial
R – Relevancy      P – Privileged

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | CASE NO. 20-22603-CIV-GOODMAN |
|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-5b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/16/17 |
| P-6a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/30/17 |
| P-6b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/30/17 |
| P-7a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/13/17 |
| P-7b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/13/17 |
| P-8a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/27/17 |
| P-8b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/27/17 |
| P-9a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/11/17 |
| P-9b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/11/17 |
| P-10a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/25/17 |
| P-10b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/25/17 |
| P-11a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/8/17 |
| P-11b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/8/17 |
| P-12a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/22/17 |
| P-12b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/22/17 |
| P-13a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/6/17 |
| P-13b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/6/17 |

## PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. 20-22603-CIV-GOODMAN | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-14a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/20/17 |
| P-14b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/20/17 |
| P-15a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/3/18 |
| P-15b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/3/18 |
| P-16a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/17/18 |
| P-16b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/17/18 |
| P-17a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/31/18 |
| P-17b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/31/18 |
| P-18a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/14/18 |
| P-18b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/14/18 |
| P-19a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/28/18 |
| P-19b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/28/18 |
| P-20a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/14/18 |
| P-20b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/14/18 |
| P-21a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/28/18 |
| P-21b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/28/18 |
| P-22a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/11/18 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | | CASE NO. 20-22603-CIV-GOODMAN | | |
|---|---|---|---|---|---|---|
| **PLF. NO.** | **DATE OFFERED** | **MARKED** | **OBJECTION** | **ADMITTED** | **DESCRIPTION OF EXHIBITS* AND WITNESSES** | |
| P-22b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/11/18 | |
| P-23a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/25/18 | |
| P-23b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/25/18 | |
| P-24a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/9/18 | |
| P-24b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/9/18 | |
| P-25a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/23/18 | |
| P-25b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/23/18 | |
| P-26a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/6/18 | |
| P-26b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/6/18 | |
| P-27a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/20/18 | |
| P-27b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/20/18 | |
| P-28a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/4/18 | |
| P-28b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/4/18 | |
| P-29a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/18/18 | |
| P-29b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/18/18 | |
| P-30a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/1/18 | |
| P-30b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/1/18 | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| | *Chavez vs. Grill Enterprises, LLC* | | CASE NO. | | 20-22603-CIV-GOODMAN | |
|---|---|---|---|---|---|---|
| **PLF. NO.** | **DATE OFFERED** | **MARKED** | **OBJECTION** | **ADMITTED** | **DESCRIPTION OF EXHIBITS* AND WITNESSES** | |
| P-31a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/15/18 | |
| P-31b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/15/18 | |
| P-32a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/29/18 | |
| P-32b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/29/18 | |
| P-33a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/12/18 | |
| P-33b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/12/18 | |
| P-34a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/26/18 | |
| P-34b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/26/18 | |
| P-35a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/10/18 | |
| P-35b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/10/18 | |
| P-36a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/24/18 | |
| P-36b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/24/18 | |
| P-37a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/7/18 | |
| P-37b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/7/18 | |
| P-38a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/21/18 | |
| P-38b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/21/18 | |
| P-39a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/5/18 | |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| | *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. | 20-22603-CIV-GOODMAN | |
|---|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-39b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/5/18 |
| P-40a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/19/18 |
| P-40b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/19/18 |
| P-41a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/2/19 |
| P-41b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/2/19 |
| | | | A, I, H | | **ERIK CHAVEZ (PHASE II)** |
| P-42a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/16/19 |
| P-42b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/16/19 |
| P-43a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/30/19 |
| P-43b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/30/19 |
| P-44a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/13/19 |
| P-44b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/13/19 |
| P-45a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/27/19 |
| P-45b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/27/19 |
| P-46a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/13/19 |
| P-46b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/13/19 |
| P-47a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/27/19 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-47b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/27/19 |
| P-48a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/10/19 |
| P-48b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/10/19 |
| P-49a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/24/19 |
| P-49b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/24/19 |
| P-50a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/8/19 |
| P-50b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/8/19 |
| P-51a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/22/19 |
| P-51b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/22/19 |
| P-52a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/5/19 |
| P-52b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/5/19 |
| P-53a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/19/19 |
| P-53b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/19/19 |
| P-54a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/3/19 |
| P-54b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/3/19 |
| P-55a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/17/19 |
| P-55b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/17/19 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | | CASE NO. 20-22603-CIV-GOODMAN | | |
|---|---|---|---|---|---|---|
| **PLF. NO.** | **DATE OFFERED** | **MARKED** | **OBJECTION** | **ADMITTED** | **DESCRIPTION OF EXHIBITS* AND WITNESSES** | |
| P-56a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/31/19 | |
| P-56b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/31/19 | |
| P-57a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/14/19 | |
| P-57b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/14/19 | |
| P-58a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/28/19 | |
| P-58b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/28/19 | |
| P-59a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/11/19 | |
| P-59b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/11/19 | |
| P-60a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/25/19 | |
| P-60b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/25/19 | |
| P-61a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/9/19 | |
| P-61b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/9/19 | |
| P-62a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/23/19 | |
| P-62b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/23/19 | |
| P-63a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/6/19 | |
| P-63b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/6/19 | |
| P-64a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/20/19 | |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-64b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/20/19 |
| P-65a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/4/19 |
| P-65b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/4/19 |
| P-66a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/18/19 |
| P-66b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/18/19 |
| P-67a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/1/2020 |
| P-67b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/1/2020 |
| P-68a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/15/2020 |
| P-68b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/15/2020 |
| P-69a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/29/2020 |
| P-69b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/29/2020 |
| P-70a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/12/2020 |
| P-70b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/12/2020 |
| P-71a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/26/2020 |
| P-71b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/26/2020 |
| P-72a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/11/2020 |
| P-72b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/11/2020 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. 20-22603-CIV-GOODMAN | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-73a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/25/2020 |
| P-73b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/25/2020 |
| P-74a | | | A, I, H | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/28/2020 |
| P-74b | | | A, I, H | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/28/2020 |
| | | | | | **LEO DIAZ RECORDS (PHASE I)** |
| P-75a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/9/2018 |
| P-75b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/9/2018 |
| P-76a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/23/2018 |
| P-76b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/23/2018 |
| P-77a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/6/2018 |
| P-77b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/6/2018 |
| P-78a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/20/2018 |
| P-78b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/20/2018 |
| P-79a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/4/2018 |
| P-79b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/4/2018 |
| P-80a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/18/2018 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-80b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/18/2018 |
| P-81a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/1/2018 |
| P-81b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/1/2018 |
| P-82a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/15/2018 |
| P-82b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/15/2018 |
| P-83a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/29/2018 |
| P-83b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/29/2018 |
| P-84a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/12/2018 |
| P-84b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/12/2018 |
| P-85a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/26/2018 |
| P-85b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/26/2018 |
| P-86a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/10/2018 |
| P-86b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/10/2018 |
| P-87a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/24/2018 |
| P-87b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/24/2018 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | | CASE NO. | 20-22603-CIV-GOODMAN | |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-88a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 11/07/2018 |
| P-88b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 11/07/2018 |
| P-89a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 11/21/2018 |
| P-89b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 11/21/2018 |
| P-90a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 12/05/2018 |
| P-90b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 12/05/2018 |
| P-91a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 12/19/2018 |
| P-91b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 12/19/2018 |
| P-92a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 1/2/2019 |
| P-92b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 1/2/2019 |
| | | | | | **LEO DIAZ RECORDS (PHASE II)** |
| P-93a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 1/16/2019 |
| P-93a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 1/16/2019 |
| P-93b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 1/30/2019 |
| P-94a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 1/30/2019 |
| P-94b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 2/13/2019 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. | | 20-22603-CIV-GOODMAN | |
|---|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-95a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 2/13/2019 |
| P-95b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 2/27/2019 |
| P-96a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 2/27/2019 |
| P-96b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 3/13/2019 |
| P-97a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 3/13/2019 |
| P-97b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 3/27/2019 |
| P-98a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 3/27/2019 |
| P-98b | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 4/10/2019 |
| P-99a | | | A, R, I, H, UP | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 4/10/2019 |
| P-99b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 4/24/2019 |
| P-100a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 4/24/2019 |
| P-100b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/8/2019 |
| P-101a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/8/2019 |
| P-101b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/22/2019 |
| P-102a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/22/2019 |
| P-102b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/5/2019 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | CASE NO. 20-22603-CIV-GOODMAN |
|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-103a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/5/2019 |
| P-103b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/19/2019 |
| P-104a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/19/2019 |
| P-104b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/3/2019 |
| P-105a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/3/2019 |
| P-105b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/17/2019 |
| P-106a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/17/2019 |
| P-106b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/31/2019 |
| P-107a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/31/2019 |
| P-107b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/14/2019 |
| P-108a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/14/2019 |
| P-108b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/28/2019 |
| P-109a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/28/2019 |
| P-109b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/11/2019 |
| P-110a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/11/2019 |
| P-110b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/25/2019 |
| P-111a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/25/2019 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | | CASE NO. 20-22603-CIV-GOODMAN | | |
|---|---|---|---|---|---|---|
| **PLF. NO.** | **DATE OFFERED** | **MARKED** | **OBJECTION** | **ADMITTED** | **DESCRIPTION OF EXHIBITS* AND WITNESSES** | |
| P-112b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/9/2019 | |
| P-112a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/9/2019 | |
| P-113b | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/23/2019 | |
| P-113a | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/23/2019 | |
| P-114a | | | A, I, H | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 11/6/2019 | |
| P-114b | | | A, I, H | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 11/6/2019 | |
| | | | | | | |
| P-115 | | | R, I, UP, H, A | | "Paycheck Protection Program" loan application completed by Defendant Ruben Sierra for Defendant Grill Enterprises, LLC. (Filed as DE 65-3) | |
| P-116 | | | R, I, UP, H, A | | Composite of first page of Form 1120S corporate tax returns of Defendant Grill Enterprises, LLC for the tax years 2015 – 2020. (Filed as DE 65-1) | |
| P-117 | | | R, I, UP, H, A | | Composite of Schedule K-1 ("Shareholder's Share of Income, Deductions, Credits, etc.") excerpts of Defendant Grill Enterprises, LLC's corporate tax returns for the tax years 2015 through 2020. (Filed as DE 65-2) | |
| P-118 | | | R, I, UP, H, A | | Form 1120S corporate tax returns of Defendant Grill Enterprises, LLC for the tax years 2015 – 2020. | |
| P-119 | | | R, I, UP, H, A, P | | Form 1040 tax returns of Defendant Ruben Sierra for the tax years 2015 – 2019. | |
| | | | | | | |
| P-120 | | | H, C | | Affidavits and unsworn statements/declarations of Ruben Sierra (Filed as DEs 67-3, 73-1, 96-3, 103-1) | |
| P-121 | | | H, C | | Affidavits and unsworn statements/declarations of Yeison Gonzalez (Filed as DEs 67-4, 73-3, 96-4, and 103-3) | |
| P-122 | | | H, C | | Affidavits and unsworn statements/declarations of Vanessa Carrillo (Filed as DEs 67-5, 73-2, 96-5, and 103-2) | |
| | | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| | | CASE NO. | |
|---|---|---|---|
| *Chavez vs. Grill Enterprises, LLC* | | 20-22603-CIV-GOODMAN | |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-123 | | | R, I, UP, A, H | | Composite of "Florida Department of Revenue Employer's Quarterly Report[s]" (a/k/a "RT-6" forms) for the quarter ending 6/30/15 through quarter ending 6/30/20. (Filed as DE 65-8) |
| P-124 | | | R, I, UP, A, H | | Composite of "Sunbiz" entity details for the following entities: Alejandro C. Chef, LLC; At Your Fingertips 81, LLC; Consultaora Latinoamericana T I, Inc.; Global Castle LLC; Jacob Supply LLC; Lux-Pro Detail, LLC; T&S Supplies, Inc.; Troxx LLC; VIP Crew Inc. |
| | | | | | |
| P-125a | | | R, I, UP, H, C | | Defendant Grill Enterprises, LLCs answers (served by Defendants on 2/2/21) to Plaintiffs' First Set of Interrogatories. |
| P-125b | | | R, I, UP, H, C | | Defendant Ruben Sierra's answers (served by Defendants on 2/2/21) to Plaintiffs' First Set of Interrogatories. |
| P-126a | | | R, I, UP, H, C | | Defendant Grill Enterprises, LLC's supplemental answers (served by Defendants on 6/18/21) to Plaintiffs' First Set of Interrogatories. |
| P-126b | | | R, I, UP, H, C | | Defendant Ruben Sierra's supplemental answers (served by Defendants on 6/18/21) to Plaintiffs' First Set of Interrogatories. |
| P-127 | | | R, I, UP, H, C | | Defendants' joint answers (served by Defendants on 8/9/21) to Plaintiffs' Second Set of Interrogatories. |
| P-128a | | | R, I, UP, H, C | | Defendant Grill Enterprises, LLC responses (served by Defendants on 2/2/21) to Plaintiffs' First Request for Production of Documents. |
| P-128b | | | R, I, UP, H, C | | Defendant Ruben Sierra's responses (served by Defendants on 2/2/21) to Plaintiffs' First Request for Production of Documents. |
| P-129a | | | R, I, UP, H, C | | Defendant Grill Enterprises, LLC's supplemental responses (served by Defendants on 3/12/21) to Plaintiffs' First Request for Production of Documents. |
| P-129b | | | R, I, UP, H, C | | Defendant Ruben Sierra's supplemental responses (served by Defendants on 3/12/21) to Plaintiffs' First Request for Production of Documents. |
| P-130 | | | R, I, UP H, C | | Defendants' joint responses (served by Defendants on 3/15/21) to Plaintiffs' Second Request for Production of Documents. |
| P-131 | | | R, I, UP H, C | | Defendants' joint supplemental responses (served by Defendants on 6/18/21) to Plaintiffs' Second Request for Production of Documents. |
| P-132 | | | R, I, UP H, C | | Defendants' joint responses (served by Defendants on 8/9/21) to Plaintiffs' Third Request for Production of Documents. |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. | 20-22603-CIV-GOODMAN | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-133 | | | R, A, H, UP | | [2017 - Florida Minimum Wage Publication](#) |
| P-134 | | | R, A, H, UP | | [2018 - Florida Minimum Wage Publication](#) |
| P-135 | | | R, A, H, UP | | [2019 - Florida Minimum Wage Publication](#) |
| P-136 | | | R, A, H, UP | | [2020 - Florida Minimum Wage Publication](#) |
| | | | | | |
| P-137 | | | R, I, UP, H, A, C | | July 1, 2020 Demand for unpaid wage and statutory damages |
| | | | | | |
| P-138 | | | R, I, UP, H, A, C | | All documents produced by Defendants during the course of discovery in this case. |
| P-139 | | | R, I, UP | | All documents referenced by Defendants in their responses to Plaintiffs' discovery requests in this case. |
| P-140 | | | | | All exhibits listed by Defendants. |
| P-141 | | | U, R, I, UP | | Any exhibits necessary for rebuttal or impeachment. |
| P-142 | | | R, I, UP, H, A | | Any summaries of evidence under Rule 1006 and other demonstrative exhibits |
| | | | | | |
| | | | | | **– WITNESSES –** |
| | | | | | Erik Chavez |
| | | | | | Leonel Diaz |
| | | | | | Ruben Sierra |
| | | | | | Vanessa Carrillo |
| | | | | | Yeison (a/k/a Nelson) Gonzalez |
| | | | | | Mariana Pinto |
| | | | | | Denysse Carrillo |
| | | | | | "Alejandro C Chef" address unknown |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. | 20-22603-CIV-GOODMAN | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Cesar LNUK<br>address unknown |
| | | | | | "Consultora Latinoamericana/Consultora Latinoamericana TI"<br>address unknown |
| | | | | | Farid Abouchedid<br>address unknown |
| | | | | | Gallego LNUK<br>address unknown |
| | | | | | Gerardo Fernandez<br>address unknown |
| | | | | | "Global Castle"/"Global Castel"<br>address unknown |
| | | | | | Gustavo Diaz<br>address unknown |
| | | | | | Hedixon Bueno<br>address unknown |
| | | | | | Idelfonso Moreno<br>c/o Todd W. Shulby, PA |
| | | | | | Iris Pedrosa<br>address unknown |
| | | | | | Ivan LNUK<br>address unknown |
| | | | | | "Jacob Supply"<br>address unknown |
| | | | | | Jaime Diaz<br>address unknown |
| | | | | | Jose Hernandez<br>address unknown |
| | | | | | Jose Romero<br>address unknown |
| | | | | | Josefina Ramirez<br>address unknown |
| | | | | | "Lux Pro Detail"<br>address unknown |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | CASE NO. 20-22603-CIV-GOODMAN |
|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Manuel Bravo<br>address unknown |
| | | | | | Manuel M (LNUK)<br>address unknown |
| | | | | | Miguel Nava<br>address unknown |
| | | | | | Roger Lahoud<br>address unknown |
| | | | | | "Troxx"<br>address unknown |
| | | | | | Vanesa Bohorquez<br>address unknown |
| | | | | | "VIP Crew"<br>address unknown |
| | | | | | Wilmer Castro<br>address unknown |
| | | | | | Yonathan del Valle<br>address unknown |
| | | | | | Any witness listed by Defendants. |
| | | | | | Any rebuttal or impeachment witness. |
| | | | | | Any witness identified in Defendants' responses to Plaintiffs' discovery requests. |
| | | | | | Any witness identified in Plaintiffs' responses to Defendants' discovery requests. |
| | | | | | Any employee or non-employee "contractor" of the Defendants who participated in the "tip pool". |
| | | | | | Any witness identified during depositions taken in this case. |

*Plaintiffs reserve the right to amend or supplement this list.*