## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

*Erik Chavez, et al.,*

    *vs.*

*Grill Enterprises, LLC, et al.*

**DEFENDANTS' EXHIBIT LIST**

Case No.: 20-22603-CIV-GOODMAN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY(S) | DEFENDANTS' ATTORNEY(S) |
|---|---|---|
| Hon. Jonathan Goodman | Anthony F. Sanchez | Todd W. Shulby<br>Brian H. Pollock |
| **TRIAL DATE(S)**<br>May 8, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| | | | | | | – EXHIBITS – |
| | D1 | | | A, I, H | | Chavez time and pay records, produced during the course of discovery. |
| | D2 | | | A, I, H | | Diaz time and pay records, produced during the course of discovery. |
| | D3 | | | A, I, H | | Chavez ADP Earnings Statements (e.g. ECF No. 78-2, P. 1). |
| | D4 | | | A, I, H | | Diaz ADP Earnings Statements (e.g. ECF No. 78-2, P. 1). |
| | D5 | | | A, I, H | | Chavez Bi-Weekly Shift/Payroll Reports (e.g. ECF No. 78-2, P. 2). |
| | D6 | | | A, I, H | | Diaz Bi-Weekly Shift/Payroll Reports (e.g. ECF No. 78-2, P. 1). |

**Objection Codes (SDFL Local Rule 16.1)**
A – Authenticity      H – Hearsay
I – Contains inadmissible matter   UP – Unduly prejudicial
R – Relevancy        P – Privileged

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.      Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| *Chavez vs. Grill Enterprises, LLC* | | | | | CASE NO. 20-22603-CIV-COOKE/GOODMAN | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| | D7 | | | A, I, H | | Chavez Bi-Weekly Payroll Details Reports (e.g. ECF No. 65-6). |
| | D8 | | | A, I, H | | Diaz Bi-Weekly Payroll Details Report (e.g. ECF No. 65-6). |
| | D9 | | | A, I, H | | Chavez Clock Out Reports (e.g. ECF No. 70-1). |
| | D10 | | | A, I, H, UP, R | | Diaz Clock Out Reports (e.g. ECF No. 70-2). |
| | D11 | | | A, I, H, UP, R | | Chavez Tip/ Tip Out Records (e.g. ECF No. 65-7, P. 3). |
| | D12 | | | A, I, H, UP, R | | Diaz Tip/ Tip Out Records (e.g. ECF No. 65-7, P. 3). |
| | D13 | | | A, H, I, UP, R | | Employee Schedule (Covid 19), produced by Defendants during the course of discovery. |
| | D14 | | | A, H, I, UP, R | | Sales records and customer receipts, produced by Defendants during the course of discovery. |
| | D15 | | | A, I, H, UP, R | | Documents exchanged with the DOL, Wage and Hour Division (as redacted). |
| | D16 | | | I | | Plaintiffs' respective answers to Defendants' Interrogatories, and all documents produced therewith. |
| | D17 | | | I | | Plaintiffs' respective supplemental answers to Defendants' Interrogatories, and all documents produced therewith. |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Chavez vs. Grill Enterprises, LLC* | | | | CASE NO. 20-22603-CIV-COOKE/GOODMAN | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| | D18 | | | I | | Plaintiffs' respective responses to Defendants' Requests for Production of Documents, and all documents produced therewith. |
| | D19 | | | I | | Plaintiffs' respective supplemental responses to Defendants' Request for Production of Documents, and all documents produced therewith. |
| | D20 | | | I | | Plaintiffs' respective responses to Defendants' Second Request for Production of Documents, and all documents produced therewith. |
| | D21 | | | I | | Plaintiffs' respective supplemental responses to Defendants' Second Request for Production of Documents, and all documents produced therewith. |
| | D22 | | | I, R, UP | | Plaintiff's Amended Complaint (ECF No. 8). |
| | D23 | | | I, R, UP | | Plaintiff's FLSA Statement of Claim (ECF No. 8). |
| | D24 | | | UP | | Chavez's Affidavit (ECF No. 65), subject to objections. |
| | D25 | | | UP | | Diaz's Affidavit (ECF No. 66), subject to objections. |
| | D26 | | | I, R, UP | | Chavez's Deposition (ECF No. 67-1), subject to objections. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 3 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| *Chavez vs. Grill Enterprises, LLC* | | | | CASE NO. 20-22603-CIV-COOKE/GOODMAN | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| | D27 | | | A, I, R, H | | DOL WHD Fact Sheet #15 (ECF No. 78-3). |
| | D28 | | | A, I, R, H, UP | | WH-58 Signed by Diaz |
| | D29 | | | A, I, R, H, UP | | W-2's issued to Chavez (2017 to 2020) |
| | D30 | | | A, I, R, H, UP | | W-2's issued to Diaz (2017 to 2019 – or as limited to 2019 if claims released by WH-58 Form he signed) |
| | D31 | | | A, I, R, H, UP | | All documents produced by Defendants during the course of discovery in this case. |
| | D32 | | | A, I, R, H, UP | | All documents produced by Plaintiffs during the course of discovery in this case. |
| | D33 | | | A, I, R, H, UP | | All documents referenced by Defendants in their responses to Plaintiffs' discovery requests in this case |
| | D34 | | | A, I, R, H, UP | | All documents referenced by Plaintiffs in their responses to Defendants' discovery in this case to which there was no objection. |
| | D35 | | | A, I, R, H, UP | | All exhibits listed by Plaintiffs to which there was no objection. |
| | D36 | | | A, I, R, H, UP, P | | Any exhibits necessary for rebuttal or impeachment. |
| | D37 | | | A, I, R, H, UP | | Any demonstrative exhibits, charts, graphs, timelines, and blow-ups, etc. |

*Defendants reserve the right to amend or supplement this list.*

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.         Page 4 of 4