| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |||
| ERIK CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>GRILL ENTERPRISES, LLC, and RUBEN SIERRA,<br><br>Defendants. || **DEFENDANTS TRIAL WITNESS LIST**<br><br>CASE NO.: 1:20-CV-22603-GOODMAN<br>[*CONSENT CASE*] |
| PRESIDING JUDGE<br>HONORABLE<br>JONATHAN GOODMAN | PLAINTIFF'S ATTORNEY<br>Anthony F. Sanchez, Esq. | DEFENDANTS' ATTORNEYS<br>Brian H. Pollock, Esq.<br>Todd W. Shulby, Esq. |
| TRIAL DATE(S)<br>January 30, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | LIVE/TRANS | TO BE CALLED BY | WITNESSES |
|---|---|---|---|---|
|  | 1 | LIVE | Plaintiff/Defendant | Plaintiff, Erik Chavez |
|  | 2 | LIVE | Plaintiff/Defendant | Plaintiff, Leonel Diaz |
|  | 3 | LIVE | Defendant | Defendant, Ruben Sierra |
|  | 4 | LIVE | Defendant | Yeison Gonzalez |
|  | 5 | LIVE | Defendant | Cyndia Sanchez |
|  | 6 | LIVE | Defendant | Idelfonso Moreno |
|  | 7 | LIVE | Defendant | Jennifer Taksier |
|  | 8 | LIVE | Defendant | Mariana Pinto |
|  | 9 | LIVE | Defendant | Vanessa Carillo |
|  | 10 | LIVE | Defendant | Denysse Carillo |
|  | 11 | LIVE | Defendant | Cesar Pacheco |
|  | 12 | LIVE | Defendant | Jaime Diaz |
|  | 13 | LIVE | Defendant | Jose Romero |
|  | 14 | LIVE | Defendant | Aliro J. Bazan |
|  | 15 | LIVE | Defendant | Fabian Gonzalez |
|  | 16 | LIVE | Defendant | Joao Nunes |
|  | 17 | LIVE | Defendant | Rafael Reyes |
|  | 18 | LIVE | Defendant | Augosto Proenza |
|  | 19 | LIVE | Defendant | Manuel Mejias |
|  | 20 | LIVE | Defendant | Manuel Mejias |

|  | 21 | LIVE | Defendant | Gerardo Fernandez |
|---|---|---|---|---|
|  | 22 | LIVE | Defendant | Miguel Nava |
|  | 23 | LIVE | Plaintiff | All witnesses listed by Plaintiff |
|  | 24 | LIVE | Defendant | All witnesses necessary for impeachment and/or rebuttal |

Defendants reserve the right to supplement this Trial Witness List.

Dated this 24th day of April 2023.

        s/ Todd W. Shulby, Esq.
        Todd W. Shulby, Esq. (068365)
        tshulby@shulbylaw.com
        llangford@shulbylaw.com
        TODD W. SHULBY, P.A.
        1792 Bell Tower Lane
        Weston, Florida 33326
        Tel.: 954-530-2236
        *Counsel for Defendants*

        *and*

        s/Brian H. Pollock, Esq.
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel: (305) 230-4884
        *Co-Counsel for Defendants*