## PROSPECTIVE JURORS

*You will be asked to provide the information presented in the following outline during the selection process. Please review these questions carefully.*

1. State your name and age.

2. In which area of Miami-Dade County do you reside? (You do not have to state your exact address – just the general neighorhood, such as "kendall".)

3. How long have you been in this community? If less than five years, where did you live before?

4. What is your present occupation and how long have you worked at it?

[If retired, how long have you been retired, and what was your last major occupation]?

5. What is your marital status (married, single, divorced)?

6. If you are married, is your spouse presently employed? If so, what is your spouse's occupation? If retired, what was his or her last major occupation?

7. If you are not married, but have a "significant other," what is his or her occupation?

8. Do you have any children? If so, how old are they? If they are over the age of 18, are they employed or in school? If they are employed, what do they do?

9. Do you have any hobbies or activities that you generally enjoy in your spare time? If so, what are they?

10. Have you ever served in the military? If so, when, in what branch, and have you served in the military police?

11. Have you ever been involved in a civil lawsuit as a plaintiff, defendant or witness? If yes, what kind of case was it?

12. Have any of your immediate family members been involved in a civil litigation? If yes, what kind of case was it?

1

13. Have you, a member of your immediate family, or a close friend ever been involved in the criminal justice system as a defendant? (Juror may answer at side bar, outside the presence of other jurors)

14. Have you, a member of your immediate family or a close friend ever been arrested or accused of a crime? (Juror may answer at side bar; outside of the presence of other jurors).

15. Do you have any physical, emotional or language problems that would make it difficult or impossible for you to participate as a juror?

16. Would any of your religious or moral beliefs preclude you from sitting in judgment of another person or deliberating with others?

17. Have you previously served on a jury? If yes, was it criminal or civil? Were you able to reach a verdict? Did you serve as the foreperson? [Do **not** tell us the verdict] Have you ever served on a grand jury?

18. Can you think of any reason why you could not sit on the jury and render a fair verdict based on the evidence and the Court's instructions of the law?

*******************************************************************