UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

  Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

  Defendants.

_____/

## **DEFENDANTS' MOTION FOR CLARIFICATION**

  Defendants, Grill Enteprises, LLC and Ruben Sierra, pursuant to Fed. R. Civ. P. 60(b) and the invitation by the Court, request that the Court clarify a portion of its Order Specially Setting Jury Trial and Pretrial Schedule and Requiring Mediation ("Trial Order") [ECF No. 130] based on the parties' inability to agree on the following:

  1. The Court invited the parties to request clarification of any portion of the Trial Order that seemed confusing during the pre-trial conference held on April 25, 2023.

  2. Plaintiffs and Defendants cannot agree on the application of the Trial Order's requirements for (a) the verdict form and (b) the jury instructions and request clarification.

### *Jury Instructions*

  3. The Defendants emailed their proposed verdict form as a separate document from the jury instructions to the Plaintiffs on April 17, 2023.

  4. After sending several emails requesting an update on the verdict form, the Plaintiffs responded on April 27, 2023, that they interpreted the Trial Order to require the verdict form to be included as part of (and at the end of) the proposed jury instructions.

5. The parties request clarification about whether the Court requires the verdict form to be submitted as a separate document or to be included at the end of the proposed jury instructions.

### *Jury Instructions*

6. Defendants submitted revised, proposed jury instructions by email to Plaintiffs on April 27, 2023.

7. Defendants interpreted the Trial Order consistent with the requirements imposed by other Courts within this District.

8. Defendants believe they complied with the Trial Order by proposing jury instructions that italicize the portions of each of the jury instructions to which they objected and including their proposed revisions within the body of the instructions proposed by Plaintiffs (in boldface).

9. Plaintiffs complained about the way Defendants revised the proposed jury instructions, emphatically contending "that is not what the order requires."

10. Plaintiffs now refuse to work from the proposed, revised jury instructions that Defendants provided.

11. Plaintiffs interpret the Trial Order to require that Defendants italicize the entirety of every jury instruction containing objectionable language and separately propose (and duplicate) a new version of each proposed jury instruction.

12. For example, and without requesting a ruling thereon at this time, if Defendants believe that the recordkeeping portion of the Eleventh Circuit's Standard Jury Instruction for FLSA cases (4.14) is objectionable, they would *italicize only the recordkeeping portion* of the instruction but agree to the rest of it. Plaintiffs contend that Defendants should instead *italicize (and object to) the whole Standard Jury Instruction for FLSA cases (4.14)* proposed by Plaintiffs that includes the

recordkeeping language and then propose an entirely separate version of the same instruction in boldface that omits the language to which Defendants object.

13. The way Plaintiffs read the Trial Order would seem to unnecessarily duplicate (and lengthen) the proposed jury instructions, which are already nearly 100 pages.

14. The parties request clarification.

WHEREFORE Defendants, Grill Enterprises, LLC and Ruben Sierra, request that the Court clarify the requirements of its Trial Order as they relate to preparing the proposed Jury Instruction and Verdict Form based on the foregoing.

## CONFERRAL STATEMENT

Pursuant to Local Rule 7.1, Defendants hereby certify they conferred with Plaintiffs regarding the requirements of the Trial Order, but that the parties were unable to agree on its requirements necessitating this Motion for Clarification.

Dated this 28th day of April 2023.

> s/ Todd W. Shulby, Esq.
> Todd W. Shulby, Esq. (068365)
> tshulby@shulbylaw.com
> llangford@shulbylaw.com
> TODD W. SHULBY, P.A.
> 1792 Bell Tower Lane
> Weston, Florida 33326
> Tel.: 954-530-2236
> *Counsel for Defendants*
>
> *and*
>
> s/Brian H. Pollock, Esq.
> Brian H. Pollock, Esq. (174742)
> brian@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel: (305) 230-4884
> *Co-Counsel for Defendants*