UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

    Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF STRIKING ECF NO. 151**

Defendants, Grill Enteprises, LLC and Ruben Sierra, notice the Court and all parties of the striking of ECF No. 151 as containing a scrivener's error.

Dated this 28th day of April 2023.

                              s/ Todd W. Shulby, Esq.
                              Todd W. Shulby, Esq. (068365)
                              tshulby@shulbylaw.com
                              llangford@shulbylaw.com
                              TODD W. SHULBY, P.A.
                              1792 Bell Tower Lane
                              Weston, Florida 33326
                              Tel.: 954-530-2236
                              *Counsel for Defendants*

                              and

                              s/Brian H. Pollock, Esq.
                              Brian H. Pollock, Esq. (174742)
                              brian@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Avenue
                              Suite 770
                              Coral Gables, FL 33146
                              Tel: (305) 230-4884
                              *Co-Counsel for Defendants*