UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

| | |
|---|---|
| Erik Chavez, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Grill Enterprises, LLC, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern", and;<br>Ruben Sierra**,** individually,<br><br>    Defendants. | |

## **PROPOSED VERDICT FORM**

Verdict form proposed by Plaintiffs (to which Defendants object) are *italicized*.

Verdict form proposed by Defendants (to which Defendants object) are **bold-faced**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

Erik Chavez, *individually, and on behalf of others similarly situated,*

    Plaintiff,

vs.

Grill Enterprises, LLC, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern", and;
**Ruben Sierra,** individually,

    Defendants.

## [PROPOSED] SPECIAL VERDICT FORM

*PAYMENT OF MINIMUM HOURLY WAGE*

Do you find from a preponderance of the evidence:

    1.    That Plaintiffs were engaged in commerce, or employed by an enterprise engaged in commerce?

        *Answer Yes or No*    _____

2

2. *That Defendant Grill Enterprises, LLC required or facilitated the Plaintiffs' participation in an invalid "tip pool"?*

*Answer Yes or No* _____

3. *That Defendant Grill Enterprises, LLC kept any portion of Plaintiffs' tips?*

*Answer Yes or No* _____

4.**1.**   That **one or both Defendants** *Defendant Grill Enterprises, LLC* failed to *fully* pay Erik Chavez the minimum *hourly* wage *due on any regularly scheduled pay day, as* required by law?

Answer Yes or No _____

**Please go on to answer the next question.**

**2.**   **That Leonel Diaz waived his right to recover any damages from Defendants from March 11, 2017, through the workweek ending March 9, 2019:**

**Answer Yes or No** _____

**Please go on to answer the next question.**

5.**3.**   That **one or both Defendants** *Defendant Grill Enterprises, LLC* failed to *fully* pay Leonel Diaz the minimum *hourly* wage *due on any regularly scheduled pay day, as* required by law?

        Answer Yes or No        _____

**Please go on to answer the next question.**

6.**4.**   If you answered "Yes" to either question *4* **1.** Or question *5* **3**, above, do you find that **one or more of the Defendants** *Defendant Grill Enterprises, LLC acted* willfully **violated the minimum wage laws**?

        Answer Yes or No        _____

**Please go on to answer the next question.**

7.**5.**   If *your answer is* **answered NO to question 3, please proceed to Question No. 9; if you answered** YES to question *5.* **3.,** *above, how much is Erik Chavez due on account of unpaid minimum wages* **should Erik Chavez be awarded damages**?

        **Answer Yes or No**        _____

        **If your answer is "Yes",**

        **In what amount?**        $_____

Please go on to answer the next question.

*8.***6.**   If *your answer is* **answered NO to Question No. 3, please proceed to Question No. 9; if you answered** YES to *question 6* **Question No. 4**, *above, how much is Leonel Diaz due on account of unpaid minimum wages* **should Leonel Diaz be awarded damages**?

    **Answer Yes or No**   _____

    **If your answer is "Yes",**

    **In what amount?**   $_____

Please go on to answer the next question.

*9.***7.**   If you answered "Yes" to **Question No.** *either question 7* **5** or *question 8* **6**, *above,* do you find **that besides Grill Enterprises, LLC,** Defendant Ruben Sierra *should be individually liable for the corresponding damages as an owner or officer with operational control over the restaurant* **also was an employer of Plaintiffs**?

    Answer Yes or No   _____

S<small>O</small> S<small>AY</small> W<small>E</small> A<small>LL</small>.

          _____
          Foreperson's Signature

D<small>ATE</small>: _____