# EXHIBIT "1"

**U.S. Department of Labor**
**Wage and Hour Division**
Receipt for Payment of Back Wages, Liquidated Damages,
Employment Benefits, or Other Compensation



I, __Diaz, Leonel__, have received payment of wages, liquidated damages, employment
(typed or printed name of employee)
benefits, or other compensation due to me from __GRILL ENTERPRISES, LLC__
(name and location of the establishment)
__10775 NW 41st Street Miami FL 33178__

for the period beginning with the workweek ending __03/11/2017__ through the
workweek ending __03/09/2019__. The amount of the payment I received is shown below.

This payment of wages and other compensation was calculated or approved by the U.S. Department of Labor Wage and Hour Division (WHD) and is based on the findings of a WHD investigation. This payment is required by the Act(s) indicated below in the marked box(es):

[X] Fair Labor Standards Act (FLSA)

Gross Amount Back Wages __$133.36__   Gross Amount Liquidated Damages __$0.00__
Legal Deductions from Back Wages __$10.21__   Other Amount Paid __—__
Net Amount Received __$123.15__   (please specify type)

NOTICE TO EMPLOYEE: Your acceptance of this payment of wages and/or other compensation due under the Fair Labor Standards Act (FLSA) or Family Medical Leave Act (FMLA), based on the findings of the WHD means that you have given up the right you have to bring suit on your own behalf for the payment of such unpaid minimum wages or unpaid overtime compensation for the period of time indicated above and an equal amount in liquidated damages, plus attorney's fees and court costs under Section 16(b) of the FLSA or Section 107 of the FMLA. Generally, a suit for unpaid wages or other compensation, including liquidated damages, must be filed within two years of a violation of the FLSA or FMLA. Do not sign this receipt unless you have actually received this payment in the amount indicated above.

RETALIATION AND KICKBACKS PROHIBITED: Your employer is prohibited from retaliating against you for accepting payment of wages you are owed or from requiring you to return or decline payment of the wages owed to you. Your employer is also prohibited from retaliating against any person who files a complaint with the Wage and Hour Division (WHD) or cooperates with a WHD investigation. Your employer is also prohibited from interfering with, restraining, or denying the exercise of Family Medical Leave Act (FMLA) rights. You should contact the WHD immediately if your employer takes any of these actions or fails to comply with the law in the future. Your identity will be kept confidential to the maximum extent possible under existing law. You may contact the WHD by calling 1-866-487-9243 or 305-598-6607.

Signature of employee _____   Date __05/06/2019__
Address __380 SW 85 Fl Apt 6__

I understand that my signature on this receipt and waiver attests to the fact that I have actually received the payment in the amount indicated above of the wages, liquidated damages, or other compensation due to me, and that I waive my right to bring suit as described above, and covering the period set forth above.

EMPLOYER'S CERTIFICATION TO WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR:
I hereby certify that I have on this (Date) __5/6/19__ paid the above-named employee in full covering lost or denied wages, liquidated damages, or other compensation as stated above. I further certify that I have not and will not retaliate against the above-named employee for accepting this payment and I have not and will not ask the employee to return all or part of this payment to me.

Signature _____   Title __President__
(employer or authorized representative)

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE
STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001

Date:04/18/2019 11:23:31 AM    Case ID: 1872675    Form WH-58 (Rev. April 2017)
Page 1

Miami, FL 33126

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |

**Pay Frequency: Biweekly**

**Employee: Bohorquez, Vanesa**  SSN: xxx-xx-8073

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 29.40 | FED SOCSEC | 1.82 | | | 27.15 | FED SOCSEC-ER | 1.82 |
| | 0.00 | | 29.40 | FED MEDCARE | 0.43 | | | | FED MEDCARE-ER | 0.43 |
| | | | | | 2.25 | | | | | 2.25 |

Check Date: 04/18/2019 / Check / Check No: 90009  $27.15

**Employee: Diaz, Leonel**  SSN: xxx-xx-8316

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 133.36 | FED SOCSEC | 8.27 | | | 123.15 | FED SOCSEC-ER | 8.27 |
| | 0.00 | | 133.36 | FED MEDCARE | 1.94 | | | | FED MEDCARE-ER | 1.93 |
| | | | | | 10.21 | | | | | 10.20 |

Check Date: 04/18/2019 / Check / Check No: 90010  $123.15

**Employee: Fernandez, Gerardo D**  SSN: xxx-xx-6075

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 44.16 | FED SOCSEC | 2.74 | | | 40.78 | FED SOCSEC-ER | 2.74 |
| | 0.00 | | 44.16 | FED MEDCARE | 0.64 | | | | FED MEDCARE-ER | 0.64 |
| | | | | | 3.38 | | | | | 3.38 |

Check Date: 04/18/2019 / Check / Check No: 90011  $40.78

**Employee: Garcia, Maria F**  SSN: xxx-xx-7432

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 307.84 | FED SOCSEC | 19.09 | | | 284.29 | FED SOCSEC-ER | 19.09 |
| | 0.00 | | 307.84 | FED MEDCARE | 4.46 | | | | FED MEDCARE-ER | 4.46 |
| | | | | | | | | | FED FUTA | 1.85 |
| | | | | | | | | | FL SUI-ER | 0.31 |
| | | | | | 23.55 | | | | | 25.71 |

Check Date: 04/18/2019 / Check / Check No: 90012  $284.29

**Employee: Hernandez, Jose M**  SSN: xxx-xx-3370

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 435.88 | FED FIT | 12.82 | | | 389.72 | FED SOCSEC-ER | 27.02 |
| | 0.00 | | 435.88 | FED SOCSEC | 27.02 | | | | FED MEDCARE-ER | 6.32 |
| | | | | FED MEDCARE | 6.32 | | | | | 33.34 |
| | | | | | 46.16 | | | | | |

Check Date: 04/18/2019 / Check / Check No: 90013  $389.72

**Pay Frequency Totals: Biweekly**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $950.64 | FED FIT | $12.82 | | | $865.09 | FED SOCSEC-ER | $58.94 |
| | 0.00 | | $950.64 | FED SOCSEC | $58.94 | | | | FED MEDCARE-ER | $13.78 |
| | | | | FED MEDCARE | $13.79 | | | | FED FUTA | $1.85 |
| | | | | | | | | | FL SUI-ER | $0.31 |
| | | | | | $85.55 | | | | | $74.88 |

**Total Employees - Biweekly: 5**

**Company Totals:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $950.64 | FED FIT | $12.82 | | | $865.09 | FED SOCSEC-ER | $58.94 |

Company: Grill Enterprises LLC  
Check date: 4/18/2019 - Payroll 1

1 of 2  
Run Number: 0163

Date Printed: 05/16/2019 17:57  
22303671 - RA/46A

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / 46A 22303671 | 01/ | 90010 | 1 of 1 |

Grill Enterprises LLC
1450 Brickell Ave Suite 2080
Miami, FL 33131

**Earnings Statement**

ADP

Period Starting: 04/18/2019
Period Ending: 04/18/2019
Pay Date: 04/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
　Federal: 0              　Federal:
　State: 0                 　State:
　Local: 0                 　Local:
Social Security Number: XXX-XX-XXXX

Leonel Diaz
380 NW 85th Place
Miami, FL 33126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 133.36 | 133.36 |
| Tipped hours | | | 0.00 | 2549.34 |
| Cash tips | | | 0.00 | 435.29 |
| Cash Tips owed | | | 0.00 | 9018.23 |
| **Gross Pay** | | | **$133.36** | **$12,136.22** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1341.29 |
| Social Security | -8.27 | 752.45 |
| Medicare | -1.94 | 175.98 |
| **Net Pay** | **$123.15** | |

Your federal taxable wages this period are $133.36

63-8413/2670

Grill Enterprises LLC
1450 Brickell Ave Suite 2080
Miami, FL 33131

Payroll Check Number: 90010
Pay Date: 04/18/2019

Pay to the order of: Leonel Diaz
This amount: ONE HUNDRED TWENTY THREE AND 15/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$123.15

CHASE

Leonel Diaz
380 NW 85th Place
Miami, FL 33126