UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, individually, and on behalf of others similarly situated,

    Plaintiff,

vs.

**Grill Enterprises, LLC**, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern", and;
**Ruben Sierra,** individually,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO PERMIT ELECTRONIC DEVICES IN COURTROOM FOR USE DURING TRIAL

Plaintiffs, by and through undersigned counsel and in accordance with the Court's "Post-Pretrial Conference Administrative Order" [ECF No. 147], hereby file the instant Unopposed Motion to Permit Electronic Devices in Courtroom for Use During Trial, and state as follows:

1. The trial in this matter is scheduled to begin on Monday, May 8, 2023 at 9:30 a.m. before the Honorable Jonathan Goodman at the James Lawrence King Justice Building, 99 NE 4th Street, 11th Floor, Miami, Florida. See ECF No. 130.

2. Standing S.D. Fla. Administrative Orders 2018-79 and 2019-87 generally prohibit "electronic devices" including, but not limited to, "Cellular Phones, Pagers, Personal Data Assistants (PDA), Laptop Computers, Tape Recorders, etc." [S.D. Fla. Admin. Order 2018-79, p. 1] from entering any federal courthouse facility within the Southern District of Florida, subject to certain exceptions.

3. During trial, undersigned counsel for the Plaintiffs will require the use of "electronic equipment" and expects to be assisted by support staff from his office, which will likewise also require the use of "electronic equipment". Accordingly, Plaintiffs respectfully request the Court enter an order permitting the following electronic devices into the courthouse for the duration of the trial period so that they may effectively assist undersigned counsel during trial:

| Electronic Devices | Custodian | Manufacturer | Serial # (If Applicable) |
|---|---|---|---|
| (1) Laptop computer and its charging cable | Anthony F. Sanchez | HP | Ending in 89WH |
| (1) Mobile phone and its charging cable | Anthony F. Sanchez | Apple | |
| (1) Laptop computer and its charging cable | Frank Zwanink | Asus | Ending in 239G |
| (1) Mobile phone and its charging cable | Frank Zwanink | Google | |

4. Undersigned counsel and his staff have read and are familiar with the prohibitions imposed by Administrative Orders 2018-79 (electronic devices) and 2019-87 (electronic devices), as well as S.D. Fla. Local Rule 77.1 (photographs/recordings) and will abide by them and any further conditions or prohibitions established by the Court.

WHEREFORE, Plaintiffs pray this Honorable Court grant the instant Motion and enter an order, substantially in the form attached as **Exhibit 1**, permitting the above-described electronic devices listed in ¶ 3 into the courthouse for the duration of the trial period in the above-captioned matter.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1(a)(3), undersigned counsel certifies that he has conferred with opposing counsel for the Defendants, who does not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on the parties listed in the Service List below in the manner indicated therein.

Anthony F. Sanchez, P.A.
Attorneys for Plaintiffs
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel.: 305-665-9211

By: /s/ Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 789925
afs@laborlawfla.com

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
afs@laborlawfla.com
faz@laborlawfla.com
***Counsel for Plaintiffs***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel: 305-665-9211

Todd W. Shulby, Esq.
Florida Bar No.: 068365
tshulby@shulbylaw.com
llangford@shulbylaw.com
***Counsel for Defendants***
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Tel: 954-530-2236
Fax: 954-530-6628
*Via Notice of Electronic Filing*

Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
***Co-Counsel for Defendants***
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: 305-230-4884
*Via Notice of Electronic Filing*