UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, et al.,

    Plaintiffs,

vs.

**Grill Enterprises, LLC**, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern", and;
**Ruben Sierra,** individually,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO PERMIT ELECTRONIC DEVICES IN COURTROOM FOR USE DURING TRIAL

THIS CAUSE is before the Court on Plaintiffs' Motion to Permit Electronic Devices in Courtroom for Use During Trial [ECF No. 160], filed May 3, 2023. The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Motion is hereby GRANTED.

2. The following electronic devices and their custodian are permitted to enter the courthouse from the commencement of the trial period in this matter, currently scheduled for May 8, 2023, through the duration of the trial period:

| Electronic Devices | Custodian | Manufacturer | Serial # (If Applicable) |
|---|---|---|---|
| (1) Laptop computer and its charging cable | Anthony F. Sanchez | HP | Ending in 89WH |
| (1) Mobile phone and its charging cable | Anthony F. Sanchez | Apple | |

| Electronic Devices | Custodian | Manufacturer | Serial # (If Applicable) |
|---|---|---|---|
| (1) Laptop computer and its charging cable | Frank Zwanink | Asus | Ending in 239G |
| (1) Mobile phone and its charging cable | Frank Zwanink | Google | |

3. A copy of this Order shall accompany and be furnished by the custodian of the above-listed electronic devices at the time the devices are screened by courthouse security personnel and upon any such further request by courthouse personnel.

DONE AND ORDERED in Chambers, in Miami, Florida, on May 3, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record