UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22603-GOODMAN

ERIK CHAVEZ, individually, and
on behalf of others similarly situated,

        Plaintiff,

vs.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

        Defendants.
_____/

## DEFENDANTS' MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE DURING EACH DAY OF TRIAL

Defendants, Grill Enterprises, LLC and Ruben Sierra, in accordance with the Court's Post-Pretrial Conference Administrative Order [ECF No. 147], hereby file this Motion for Leave to Allow Electronic Equipment in the Courtroom for Use During Each Day of Trial, which is scheduled to begin on **Monday, May 8, 2023, at 9:30 a.m.,** before the Honorable Johnathan Goodman, at the James Lawrence King Justice Building, 99 NE 4th Street, 11th Floor, Miami, Florida.

Defendants request permission to utilize the following electronic devices for and during the trial of this cause:

| Owner | Electronic Equipment |
|---|---|
| Brian H. Pollock, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Todd W. Shulby, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Ruben Sierra | Cellular Phone w/charging cord |
| Vanessa Carillo | Cellular Phone w/charging cord |
| Yeison Gonzalez | Cellular Phone w/charging cord |
| Denysse Carillo | Cellular Phone w/charging cord |
| Melody Blanco<br>(Legal assistant to Brian H. Pollock) | Cellular Phone w/charging cord |
| Lynn Langford<br>(Legal assistant to Todd W. Shulby) | Cellular Phone w/charging cord |

WHEREFORE, Defendants, Grill Enterprises, LLC and Ruben Sierra, request the Court to enter an Order granting relief requested herein.

Respectfully submitted this 3rd day of May 2023,

| | |
|---|---|
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, FL 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Co-Counsel for Defendants | /s/Brian H. Pollock, Esq.<br>Brian H. Pollock, Esq.<br>FairLaw Firm<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>Telephone: (305) 230-4884<br>Facsimile: (305) 230-4844<br>E-mail: brian@fairlawattorney.com<br>Florida Bar No.: 174742<br>Co-Counsel for Defendants |