UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, individually, and on behalf of others similarly situated,

      Plaintiff,

vs.

**Grill Enterprises, LLC**, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern", and;
**Ruben Sierra,** individually,

      Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO PERMIT ELECTRONIC DEVICES IN COURTROOM FOR USE DURING TRIAL

THIS CAUSE came before the Court on Defendants' Motion to Permit Electronic Devices in Courtroom for Use During Trial, filed herein on May 3, 2023, and it is ORDERED AND ADJUDGED as follows:

1.      The Motion is hereby GRANTED.

2.      The following electronic devices and their custodian(s) are permitted to enter the courthouse from the commencement of the trial period in this matter, currently scheduled for May 8, 2023, through the duration of the trial period:

| Owner | Electronic Equipment |
|---|---|
| Brian H. Pollock, Esq. | Cellular Phone w/charging cord Laptop w/ charging cord |
| Todd W. Shulby, Esq. | Cellular Phone w/charging cord Laptop w/ charging cord |
| Ruben Sierra | Cellular Phone w/charging cord |

| Vanessa Carillo | Cellular Phone w/charging cord |
|---|---|
| Yeison Gonzalez | Cellular Phone w/charging cord |
| Denysse Carillo | Cellular Phone w/charging cord |
| Melody Blanco (Legal assistant to Brian H. Pollock) | Cellular Phone w/charging cord |
| Lynn Langford (Legal assistant to Todd W. Shulby) | Cellular Phone w/charging cord |

3.    A copy of this Order shall accompany and be furnished by the custodian of the above-listed electronic devices at the time the devices are screened by courthouse security personnel and upon any such further request by courthouse personnel.

DONE AND ORDERED in Chambers in Miami, Florida, this __ day of May, 2023.


_____
JONATHAN GOODMAN
U.S. MAGISTRATE JUDGE

cc:    Counsel of record