UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

    Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

    Defendants.
_____/

## [DEFENDANTS' PROPOSED] VERDICT FORM

Do you find from a preponderance of the evidence:

    1.    That Grill Enterprises, LLC failed to pay Erik Chavez the minimum wages required by law:

    Answer Yes or No    _____

    Please answer the following Question.

    2.    That Grill Enterprises, LLC failed to pay Leonel Diaz the minimum wages required by law:

    Answer Yes or No    _____

   If you answered "NO" to Questions 1 and 2, please sign and date your verdict form.

   If you answered "YES" to Questions 1 and 2, please answer Question 3.

3. That Grill Enterprises, LLC required one or both Plaintiffs to participate in a "tip pool"?

 Answer Yes or No    _____

   If you answered "NO" to Question 3, please skip to Question 5.

   If you answered "YES" to Question 3, please answer Question 4.

4. That the "tip pool" was invalid?

 Answer Yes or No    _____

   If you answered "NO" to Question 1, please skip to Question 6.

   If you answered "YES" to Question 1, please answer Question 5.

5. That Erik Chavez should be awarded damages?

 Answer Yes or No    _____

 If your answer is "Yes",

In what amount?  $_____

If you answered "NO" to Question 2, please skip to Question 8.

If you answered "YES" to Question 2, please answer Question 6.

6. That Leonel Diaz waived his right to recover any damages owed to him before the workweek ending March 9, 2019:

Answer Yes or No  _____

Please answer the next Question.

7. That Leonel Diaz should be awarded damages?

Answer Yes or No  _____

If your answer is "Yes",
In what amount?  $_____

8. That Ruben Sierra also was an employer of the Plaintiffs:

Answer Yes or No  _____

Please answer the next Question.

10. That one or both Defendants willfully violated the minimum wage laws?

Answer Yes or No     _____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____