Pltfs Resp to Memo
**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22603-MGC

ERIK CHAVEZ, individually, and
on behalf of others similarly situated,

    Plaintiff,

vs.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

    Defendants.
_____/

### DEFENDANT GRILL ENTERPRISES, LLC'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant, GRILL ENTERPRISES, LLC, by and through the undersigned counsel, and pursuant to Rule 33, Federal Rules of Civil Procedure, serves this, its supplemental response to Plaintiff's First Interrogatories.

Respectfully submitted,

TODD W. SHULBY, P.A.
Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Defendants

By: /s/Todd W. Shulby, Esq.
    Florida Bar No.: 068365

DEFENDANT GRILL ENTERPRISES, LLC'S SUPPLEMENTAL
RESPONSES TO INTERROGATORIES

5.      Please provide, with regard to all restaurants and taverns operated by Defendants or its subsidiaries, a complete list of employees or former employees (to include name, job title, address, telephone number, social security number and e-mail address) – or other person who rendered services to, or for the benefit of, the Defendants and its clients – who were or are paid a base wage which is or was less than the then applicable minimum wage.

SUPPLEMENTAL RESPONSE:

See attached list.

13.     Identify by full name, last known address, and telephone number, each and every individual believed or known to you to have knowledge or to have witnessed the events set forth in the pleadings, including all those persons whom you may call as witnesses at trial during your defense or rebuttal case.

SUPPLEMENTAL RESPONSE:

Ruben Sierra
10775 NW 41st Street
Doral, FL 33178
Telephone: (305) 597-0019

Knowledge/ Information: The witness is the owner of Grill Enterprises, LLC. It is anticipated that the witness will be able to testify as to: (1) Plaintiffs' employment; (2) Plaintiffs' employer; (3) Plaintiffs' hours worked; (4) how Plaintiffs and others recorded the hours they worked; (5) Plaintiffs' compensation; (6) Plaintiffs' tips received; (7) Plaintiffs' handling and recording of the tips received; (8) the tips paid out to others by Plaintiffs; (9) the persons who worked for Defendant who received tips and tip-outs; (10) Defendant's payroll practices and procedures, tip-out practices and procedures and payroll taxes/ withholdings; (11) changes to Defendant's tip-out practices and procedures (in or about January 2019); (12) Defendant's payroll including documentation of wages, hours, tips and the tip credit, withholdings and taxes; (13) notification to tipped employees of the tip credit and Defendants' tip-out practices and procedures; (14) documentation notifying tipped employees of the tip credit and Defendants' tip-out procedures including payroll documents and posters; (15) Plaintiff Chavez's voluntary resignation and the circumstances leading thereto; (16) Plaintiff Chavez's claim that he was terminated due to alleged complaints/ statutorily protected activity; (17) the events set forth in the pleadings; (18) the allegations, admissions and/or denials contained in the pleadings; (19) the defenses raised in the pleadings.

Nelson Gonzalez
10775 NW 41st Street

3

Knowledge/ Information: It is anticipated that the witness would have information about hours, days and weeks worked by Plaintiff, the wages, compensation and/or remuneration paid to Plaintiff and/or Plaintiff's business, Plaintiff's damages and efforts to mitigate damages.

Florida Department of Economic Opportunity
107 East Madison Street
Caldwell Building
Tallahassee, Florida 32399
Telephone: (850) 245-7105

Knowledge/ Information: It is anticipated that the witness would have information about hours, days and weeks worked by Plaintiff, the wages, compensation and/or remuneration paid to Plaintiff and/or Plaintiff's business (including unemployment compensation), Plaintiff's damages and efforts to mitigate damages. It is further anticipated that the witness may have information about the end of Plaintiff's employment with Defendant and Plaintiff's voluntary resignation from employment.

U.S. Department of Labor
Wage and Hour Division
510 Shotgun Rd., Ste. 140
Sunrise, FL 33326
Telephone: (954) 356-6896

Knowledge/ Information: It is anticipated that the witness would have information about a prior DOL investigation/ audit of Defendant and its basis, findings, and resolution, including with respect to Leonel Diaz.

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224
Telephone: (202) 622-5000

Knowledge/ Information: It is anticipated that the witness would have information about the wages, compensation and/or remuneration paid to Plaintiff and/or Plaintiff's business, Plaintiff's damages and efforts to mitigate damages.

14. With respect to those individuals identified in response to Interrogatory No. 13 above, describe in detail the nature and substance of the knowledge or information he or she possesses.

SUPPLEMENTAL RESPONSE:

Please see complete response to Interrogatory 13 above which includes the nature and substance of the knowledge or information the witnesses possess.

## DECLARATION OF DEFENDANT

I have read the foregoing answers to interrogatories and do declare under penalty of perjury that they are true and correct to the best of my knowledge and belief.

_____
REUBEN SIERRA, for
GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company,
d/b/a Los Parrilleros and Parrilleros Tavern

Date: 6/18/2021