| Summary of Unpaid Wages | U.S. Department of Labor<br>Wage and Hour Division |  |

Pltfs Resp to Memo
**EXHIBIT 3**

| Office Address: | Investigator: | Date: |
|---|---|---|
| | **Employer Fed Tax ID Number:** | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | 6. LDs Due | Total |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| I agree to pay the listed employees the amount due shown above by<br><br>Signed: _____<br><br>Date: _____ | **Employer Name and Address:** | Subtotal: | | |
|---|---|---|---|---|
| | | Total: | | |

Form WH-56

Case ID:                                           Page 1