UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, individually, and on behalf of others similarly situated,

    Plaintiff,

vs.

**Grill Enterprises, LLC**, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern", and;
**Ruben Sierra,** individually,

    Defendants.

## PLAINTIFFS' VERIFIED RESPONSE TO PAPERLESS ORDER [ECF NO. 170]

Plaintiffs, by and through undersigned counsel, submit the instant Verified Response to the Court's "Paperless Order" [ECF No. 170], as follows:

1. On June 23, 2020, Plaintiff Erik Chavez filed a Fair Labor Standards Act Complaint, individually and on behalf of others similarly situated.

2. **Demand Letter**. Thereafter, on July 1, 2020, undersigned counsel, on behalf of Plaintiff "Erik Chavez, individually and on behalf of others similarly situated", sent a Demand Letter by First-Class U.S. Mail and email to the Registered Agent of the corporation, and by First-Class U.S. Mail to the individual Defendant Ruben Sierra ("Sierra"). A copy of the Demand Letter is attached hereto as **Exhibit 1**. The Demand Letter included as an attached exhibit a "Preliminary Statement of Claim" detailing, on an Excel spreadsheet, the formula and calculation of the amount demanded.

3. **Amended Annual Report**. The addresses for the demand letter for purposes of mailing were obtained by public information published by the Florida Department of State, Division of Corporation's "Sunbiz" website. From this website, Plaintiffs obtained the "2020 Florida Limited Liability Company Amended Annual Report", filed by Sierra ("Sierra") on behalf of Defendant Grill Enterprises, LLC ("Grill Enterprises"), with the Florida Division of Corporations on May 22, 2020. A copy of the same is attached as **Exhibit 2**. In the Amended Annual Report, Sierra certifies that the information indicated in the amended report is true and accurate and that by his electronic signature he is averring the truth of the facts set forth therein under oath and that he is a managing member of Grill Enterprises.

4. The Amended Annual Report provides a mailing address for the Registered Agent as follows:

```
Name and Address of Current Registered Agent:
SALVER & COOK, LLP
2721 EXECUTIVE PARK DRIVE
SUITE 4
WESTON, FL  33331  US
```

5. The Amended Annual Report provides a mailing address for the Sierra, as the managing member as follows:

```
Authorized Person(s) Detail :
Title            MBR
Name             SIERRA, RUBEN
Address          10775 NW 41TH ST
City-State-Zip:  DORAL  FL  33178
```

6. The address provided under oath for Sierra is identical to the mailing address of the restaurant operated by the Defendants.

7. The demand letter referred to in ¶ 1, above, was mailed in separate envelopes by First-Class U.S. Mail to the respective addresses indicated in the letter and as they appear in the Amended Annual Report attached as **Exhibit 2**.

8. Neither the letter mailed to Grill Enterprises nor the identical letter mailed to Sierra on July 1, 2020 was ever returned as undeliverable or otherwise.

9. **Email**. The Demand Letter, and its attachment, was also delivered by email to the Registered Agent of Grill Enterprises on July 1, 2020. A true and correct copy of the cover email is attached hereto as **Exhibit 3**. The email was delivered from one of the email accounts of the law office of undersigned counsel with a copy to undersigned counsel. The email was sent on July 1, 2020 and has never "bounced back" as undeliverable.

10. The email address for the Registered Agent was obtained from their website's "Contact Us" page. A screenshot of the Salver & Cook LLP's "Contact Us" webpage is attached as **Exhibit 4**.

11. **Amended Complaint**. Sixteen (16) days thereafter, on July 17, 2020, undersigned counsel for the Plaintiffs filed and served the Amended Fair Labor Standards Act Complaint [ECF No. 7]. The Amended Complaint included a cause of action under the Florida Minimum Wage Act and Florida Constitution. It also included a general allegation that any applicable condition precedent had been complied with.

12. **Clerk's Default**. The deadline to answer the Amended Complaint was August 3, 2020, but Grill Enterprises did not timely file an answer or other response, although it had been personally served in accordance with Rule 4, Fed. R. Civ. P.

13. On August 4, 2020, the Clerk of Court entered a Clerk's Default against Defendant Grill Enterprises, LLC. ECF No. 14.

14. As a result of the Clerk's Default, all of the well pleaded allegations in the Amended Complaint against Grill Enterprises are deemed admitted. The only remaining issue with respect to Grill Enterprises pertain to damages.

15. **Consent to Join**. On December 9, 2020, Plaintiff Leonel Diaz became a party to the Amended Complaint upon his filing of a Consent to Join [ECF No. 39-1] this lawsuit. As of that date, "there were two plaintiffs in this case." ECF No. 111, p. 3. The filing of a Consent to Join controls the time when the applicable statute of limitations commences to toll. 29 U.S.C. § 256.

## DECLARATION

16. By my signature below, I execute this declaration in Miami-Dade County, Florida, United States. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 789925

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on the parties listed in the Service List below in the manner indicated therein.

Anthony F. Sanchez, P.A.
Attorneys for Plaintiffs
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel.: 305-665-9211

By: /s/ Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 789925
afs@laborlawfla.com

**SERVICE LIST**

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
afs@laborlawfla.com
faz@laborlawfla.com
***Counsel for Plaintiffs***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel: 305-665-9211

Todd W. Shulby, Esq.
Florida Bar No.: 068365
tshulby@shulbylaw.com
llangford@shulbylaw.com
***Counsel for Defendants***
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Tel: 954-530-2236
Fax: 954-530-6628
*Via Notice of Electronic Filing*

Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
***Co-Counsel for Defendants***
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: 305-230-4884
*Via Notice of Electronic Filing*