# 2020 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

DOCUMENT# L15000112632

**Entity Name:** GRILL ENTERPRISES, LLC

**Current Principal Place of Business:**

10775 NW 41TH ST
DORAL, FL 33178

**Current Mailing Address:**

10775 NW 41TH ST
DORAL, FL 33178 US

**FEI Number:** 47-4431006

**Name and Address of Current Registered Agent:**

SALVER & COOK, LLP
2721 EXECUTIVE PARK DRIVE
SUITE 4
WESTON, FL 33331 US

**FILED**
May 22, 2020
Secretary of State
0119365604CC


EXHIBIT 2

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                  Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MBR | | Title | MGRM |
| Name | SIERRA, RUBEN | | Name | CARRILLO, DENYSSE |
| Address | 10775 NW 41TH ST | | Address | 10775 NW 41TH ST |
| City-State-Zip: | DORAL FL 33178 | | City-State-Zip: | DORAL FL 33178 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RUBEN SIERRA                                            MBR                                  05/22/2020

Electronic Signature of Signing Authorized Person(s) Detail                                                Date