

# Contact

## Home • More • Contact

If you have any unanswered questions, please let us know.

**Salver & Cook LLP**
2721 Executive Park Dr., Suite 4
Weston, FL, 33331
cpas@psccpas.com
Phone: (954) 389-1333



### Contact Us

- Name
- Email
- Phone
- Comments

SEND

### Ask a Question
Find comfort in knowing an expert in accounting is only an email or phone-call away. (954) 389-1333 »

### We Are Here to Help
We will happily offer you a free consultation to determine how we can best serve you. Contact Us »

### Send Us a File
Use our convenient SecureSend page to securely deliver a file directly to a member of our firm. Secure Send »

### Subscribe to our Newsletter
Subscribe to our monthly emailed newsletter to receive news, updates, and valuable tips. Subscribe »

## Resources
- Calculators
- Client Portal
- SecureSend
- Internet Links
- Newsletter

## Tax Center
- Track Your Refund
- Tax Due Dates
- Tax Rates
- Record Retention Guide
- State Tax Forms

## Contact
Salver & Cook LLP
2721 Executive Park Dr., Suite 4
Weston, FL 33331
(954) 389-1333
cpas@psccpas.com

© Salver & Cook LLP 2023  •  Site Map  •  Privacy Policy  •  Disclaimer

**EXHIBIT 4**