UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

    Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING
## REVISED OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

Defendants, Grill Enterprises, LLC and Ruben Sierra, pursuant to the Court's Post-Pretrial Conference Administrative Order [ECF No. 147], notify the Court and all parties of the filing of their Revised Objections to Plaintiffs' Exhibit List.

Respectfully submitted this 5th day of May 2023.

| | |
|---|---|
| /s/Todd W. Shulby, Esq. | /s/Brian H. Pollock, Esq. |
| Todd W. Shulby, Esq. (068365) | Brian H. Pollock, Esq. (174742) |
| Todd W. Shulby, P.A. | FairLaw Firm |
| 1792 Bell Tower Lane | 135 San Lorenzo Avenue |
| Weston, FL 33326 | Suite 770 |
| Telephone: (954) 530-2236 | Coral Gables, FL 33146 |
| E-mail: tshulby@shulbylaw.com | Telephone: (305) 230-4884 |
| Co-Counsel for Defendants | E-mail: brian@fairlawattorney.com |
| | Co-Counsel for Defendants |