# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| *Erik Chavez, et al.,* | **PLAINTIFFS' EXHIBIT LIST** |
|---|---|
| *vs.* | (WITH REVISED OBJECTIONS) |
| *Grill Enterprises, LLC, et al.* | Case No.: 20-22603-CIV-GOODMAN [CONSENT] |

| **PRESIDING JUDGE** | **PLAINTIFF'S ATTORNEY(S)** | **DEFENDANT'S ATTORNEY(S)** |
|---|---|---|
| Hon. Jonathan Goodman | Anthony F. Sanchez | Brian H. Pollock <br> Todd W. Shulby |
| **TRIAL DATE(S)** <br> May 8, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | **– EXHIBITS –** |
|  |  |  |  |  |  |
|  |  |  |  | ** | **ERIK CHAVEZ RECORDS (PHASE I)** |
| P-1a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/21/17 |
| P-1b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/21/17 |
| P-2a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/2/17 |
| P-2b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/2/17 |
| P-3a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/19/17 |
| P-3b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/19/17 |
| P-4a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/2/17 |

**Objection Codes (SDFL Local Rule 16.1)**
A – Authenticity                H  – Hearsay
I – Contains inadmissible matter    UP – Unduly prejudicial
R – Relevancy                   P  – Privileged
C – Cumulative

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 1 of 17
\*\* Defendants stipulated that Plaintiffs' Exhibit Nos. 1 through 114 are admissible into may be moved evidence at the commencement of trial so that they may be used by either party (to avoid Defendants having to unnecessarily identify duplicate exhibits on their witness list and to avoid introducing duplicate exhibits during the trial).

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | | | CASE NO. 20-22603-CIV-GOODMAN | |
|---|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-4b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/2/17 |
| P-5a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/16/17 |
| P-5b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/16/17 |
| P-6a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/30/17 |
| P-6b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/30/17 |
| P-7a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/13/17 |
| P-7b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/13/17 |
| P-8a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/27/17 |
| P-8b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/27/17 |
| P-9a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/11/17 |
| P-9b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/11/17 |
| P-10a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/25/17 |
| P-10b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/25/17 |
| P-11a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/8/17 |
| P-11b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/8/17 |
| P-12a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/22/17 |
| P-12b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/22/17 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. 20-22603-CIV-GOODMAN | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-13a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/6/17 |
| P-13b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/6/17 |
| P-14a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/20/17 |
| P-14b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/20/17 |
| P-15a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/3/18 |
| P-15b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/3/18 |
| P-16a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/17/18 |
| P-16b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/17/18 |
| P-17a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/31/18 |
| P-17b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/31/18 |
| P-18a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/14/18 |
| P-18b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/14/18 |
| P-19a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/28/18 |
| P-19b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/28/18 |
| P-20a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/14/18 |
| P-20b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/14/18 |
| P-21a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/28/18 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | CASE NO. 20-22603-CIV-GOODMAN |
|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-21b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/28/18 |
| P-22a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/11/18 |
| P-22b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/11/18 |
| P-23a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/25/18 |
| P-23b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/25/18 |
| P-24a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/9/18 |
| P-24b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/9/18 |
| P-25a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/23/18 |
| P-25b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/23/18 |
| P-26a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/6/18 |
| P-26b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/6/18 |
| P-27a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/20/18 |
| P-27b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/20/18 |
| P-28a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/4/18 |
| P-28b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/4/18 |
| P-29a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/18/18 |
| P-29b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/18/18 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

|  | *Chavez vs. Grill Enterprises, LLC* | CASE NO. | 20-22603-CIV-GOODMAN |
|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-30a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/1/18 |
| P-30b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/1/18 |
| P-31a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/15/18 |
| P-31b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/15/18 |
| P-32a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/29/18 |
| P-32b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/29/18 |
| P-33a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/12/18 |
| P-33b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/12/18 |
| P-34a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/26/18 |
| P-34b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/26/18 |
| P-35a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/10/18 |
| P-35b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/10/18 |
| P-36a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/24/18 |
| P-36b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/24/18 |
| P-37a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/7/18 |
| P-37b |  |  |  |  | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/7/18 |
| P-38a |  |  |  |  | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/21/18 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | CASE NO. 20-22603-CIV-GOODMAN |
|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-38b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/21/18 |
| P-39a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/5/18 |
| P-39b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/5/18 |
| P-40a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/19/18 |
| P-40b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/19/18 |
| P-41a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/2/19 |
| P-41b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/2/19 |
| | | | | ** | **ERIK CHAVEZ (PHASE II)** |
| P-42a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/16/19 |
| P-42b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/16/19 |
| P-43a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/30/19 |
| P-43b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/30/19 |
| P-44a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/13/19 |
| P-44b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/13/19 |
| P-45a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/27/19 |
| P-45b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/27/19 |
| P-46a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/13/19 |
| P-46b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/13/19 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-47a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/27/19 |
| P-47b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/27/19 |
| P-48a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/10/19 |
| P-48b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/10/19 |
| P-49a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 4/24/19 |
| P-49b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 4/24/19 |
| P-50a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/8/19 |
| P-50b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/8/19 |
| P-51a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/22/19 |
| P-51b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/22/19 |
| P-52a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/5/19 |
| P-52b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/5/19 |
| P-53a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 6/19/19 |
| P-53b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 6/19/19 |
| P-54a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/3/19 |
| P-54b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/3/19 |
| P-55a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/17/19 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| | | CASE NO. | |
|---|---|---|---|
| *Chavez vs. Grill Enterprises, LLC* | | 20-22603-CIV-GOODMAN | |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-55b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/17/19 |
| P-56a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 7/31/19 |
| P-56b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 7/31/19 |
| P-57a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/14/19 |
| P-57b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/14/19 |
| P-58a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 8/28/19 |
| P-58b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 8/28/19 |
| P-59a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/11/19 |
| P-59b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/11/19 |
| P-60a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 9/25/19 |
| P-60b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 9/25/19 |
| P-61a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/9/19 |
| P-61b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/9/19 |
| P-62a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 10/23/19 |
| P-62b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 10/23/19 |
| P-63a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/6/19 |
| P-63b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/6/19 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-64a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 11/20/19 |
| P-64b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 11/20/19 |
| P-65a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/4/19 |
| P-65b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/4/19 |
| P-66a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 12/18/19 |
| P-66b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 12/18/19 |
| P-67a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/1/2020 |
| P-67b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/1/2020 |
| P-68a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/15/2020 |
| P-68b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/15/2020 |
| P-69a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 1/29/2020 |
| P-69b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 1/29/2020 |
| P-70a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/12/2020 |
| P-70b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/12/2020 |
| P-71a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 2/26/2020 |
| P-71b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 2/26/2020 |
| P-72a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/11/2020 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-72b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/11/2020 |
| P-73a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 3/25/2020 |
| P-73b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 3/25/2020 |
| P-74a | | | | | Plaintiff Erik Chavez's Paystub / Payroll Details for period ending 5/28/2020 |
| P-74b | | | | | Plaintiff Erik Chavez's Time and Shift Details for period ending 5/28/2020 |
| | | | | ** | **LEO DIAZ RECORDS (PHASE I)** |
| P-75a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/9/2018 |
| P-75b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/9/2018 |
| P-76a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/23/2018 |
| P-76b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/23/2018 |
| P-77a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/6/2018 |
| P-77b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/6/2018 |
| P-78a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/20/2018 |
| P-78b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/20/2018 |
| P-79a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/4/2018 |
| P-79b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/4/2018 |
| P-80a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/18/2018 |
| P-80b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/18/2018 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-81a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/1/2018 |
| P-81b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/1/2018 |
| P-82a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/15/2018 |
| P-82b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/15/2018 |
| P-83a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/29/2018 |
| P-83b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/29/2018 |
| P-84a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/12/2018 |
| P-84b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/12/2018 |
| P-85a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/26/2018 |
| P-85b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/26/2018 |
| P-86a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/10/2018 |
| P-86b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/10/2018 |
| P-87a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/24/2018 |
| P-87b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/24/2018 |
| P-88a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 11/07/2018 |
| P-88b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 11/07/2018 |
| P-89a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 11/21/2018 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | CASE NO. 20-22603-CIV-GOODMAN |
|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-89b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 11/21/2018 |
| P-90a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 12/05/2018 |
| P-90b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 12/05/2018 |
| P-91a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 12/19/2018 |
| P-91b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 12/19/2018 |
| P-92a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 1/2/2019 |
| P-92b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 1/2/2019 |
| | | | | ** | **LEO DIAZ RECORDS (PHASE II)** |
| P-93a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 1/16/2019 |
| P-93b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 1/16/2019 |
| P-94a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 1/30/2019 |
| P-94b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 1/30/2019 |
| P-95a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 2/13/2019 |
| P-95b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 2/13/2019 |
| P-96a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 2/27/2019 |
| P-96b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 2/27/2019 |
| P-97a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 3/13/2019 |
| P-97b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 3/13/2019 |

## PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| | *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. | 20-22603-CIV-GOODMAN | |
|---|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-98a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 3/27/2019 |
| P-98b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 3/27/2019 |
| P-99a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 4/10/2019 |
| P-99b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 4/10/2019 |
| P-100a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 4/24/2019 |
| P-100b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 4/24/2019 |
| P-101a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/8/2019 |
| P-101b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/8/2019 |
| P-102a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 5/22/2019 |
| P-102b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 5/22/2019 |
| P-103a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/5/2019 |
| P-103b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/5/2019 |
| P-104a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 6/19/2019 |
| P-104b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 6/19/2019 |
| P-105a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/3/2019 |
| P-105b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/3/2019 |
| P-106a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/17/2019 |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | | CASE NO. 20-22603-CIV-GOODMAN | | | |
|---|---|---|---|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-106b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/17/2019 |
| P-107a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 7/31/2019 |
| P-107b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 7/31/2019 |
| P-108a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/14/2019 |
| P-108b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/14/2019 |
| P-109a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 8/28/2019 |
| P-109b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 8/28/2019 |
| P-110a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/11/2019 |
| P-110b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/11/2019 |
| P-111a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 9/25/2019 |
| P-111b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 9/25/2019 |
| P-112a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/9/2019 |
| P-112b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/9/2019 |
| P-113a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 10/23/2019 |
| P-113b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 10/23/2019 |
| P-114a | | | | | Plaintiff Leonel Diaz's Paystub / Payroll Details for period ending 11/6/2019 |
| P-114b | | | | | Plaintiff Leonel Diaz's Time and Shift Details for period ending 11/6/2019 |
| | | | | | |

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| *Chavez vs. Grill Enterprises, LLC* | CASE NO. 20-22603-CIV-GOODMAN |
|---|---|

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-115 | | | R, I, UP, H, A | | "Paycheck Protection Program" loan application completed by Defendant Ruben Sierra for Defendant Grill Enterprises, LLC. (Filed as DE 65-3) |
| P-116 | | | R, I, UP, H, A | | Composite of first page of Form 1120S corporate tax returns of Defendant Grill Enterprises, LLC for the tax years 2015 – 2020. (Filed as DE 65-1) |
| P-117 | | | R, I, UP, H, A | | Composite of Schedule K-1 ("Shareholder's Share of Income, Deductions, Credits, etc.") excerpts of Defendant Grill Enterprises, LLC's corporate tax returns for the tax years 2015 through 2020. (Filed as DE 65-2) |
| P-118 | | | R, I, UP, H, A | | Form 1120S corporate tax returns of Defendant Grill Enterprises, LLC for the tax years 2015 – 2020. |
| P-119 | | | R, I, UP, H, A, P | | Form 1040 tax returns of Defendant Ruben Sierra for the tax years 2015 – 2019. |
| | | | | | |
| P-120 | | | H, C | | Affidavits and unsworn statements/declarations of Ruben Sierra (Filed as DEs 67-3, 73-1, 96-3, 103-1) |
| P-121 | | | H, C | | Affidavits and unsworn statements/declarations of Yeison Gonzalez (Filed as DEs 67-4, 73-3, 96-4, and 103-3) |
| P-122 | | | H, C | | Affidavits and unsworn statements/declarations of Vanessa Carrillo (Filed as DEs 67-5, 73-2, 96-5, and 103-2) |
| | | | | | |
| P-123 | | | R, I, UP, A, H | | Composite of "Florida Department of Revenue Employer's Quarterly Report[s]" (a/k/a "RT-6" forms) for the quarter ending 6/30/15 through quarter ending 6/30/20. (Filed as DE 65-8) |
| P-124 | | | R, I, UP, A, H | | Composite of "Sunbiz" entity details for the following entities: Alejandro C. Chef, LLC; At Your Fingertips 81, LLC; Consultaora Latinoamericana T I, Inc.; Global Castle LLC; Jacob Supply LLC; Lux-Pro Detail, LLC; T&S Supplies, Inc.; Troxx LLC; VIP Crew Inc. |
| | | | | | |
| P-125a | | | R, UP, H, C | | Defendant Grill Enterprises, LLCs answers (served by Defendants on 2/2/21) to Plaintiffs' First Set of Interrogatories. |
| P-125b | | | R, UP, H, C | | Defendant Ruben Sierra's answers (served by Defendants on 2/2/21) to Plaintiffs' First Set of Interrogatories. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 15 of 17

## PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| | *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. | 20-22603-CIV-GOODMAN | |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-126a | | | R, UP, H, C | | Defendant Grill Enterprises, LLC's supplemental answers (served by Defendants on 6/18/21) to Plaintiffs' First Set of Interrogatories. |
| P-126b | | | R, I, UP, H, C | | Defendant Ruben Sierra's supplemental answers (served by Defendants on 6/18/21) to Plaintiffs' First Set of Interrogatories. |
| P-127 | | | | | Defendants' joint answers (served by Defendants on 8/9/21) to Plaintiffs' Second Set of Interrogatories. |
| P-128a | | | R, I, UP, H, C | | Defendant Grill Enterprises, LLC responses (served by Defendants on 2/2/21) to Plaintiffs' First Request for Production of Documents. |
| P-128b | | | R, I, UP, H, C | | Defendant Ruben Sierra's responses (served by Defendants on 2/2/21) to Plaintiffs' First Request for Production of Documents. |
| P-129a | | | R, I, UP, H, C | | Defendant Grill Enterprises, LLC's supplemental responses (served by Defendants on 3/12/21) to Plaintiffs' First Request for Production of Documents. |
| P-129b | | | R, I, UP, H, P, C | | Defendant Ruben Sierra's supplemental responses (served by Defendants on 3/12/21) to Plaintiffs' First Request for Production of Documents. |
| P-130 | | | R, I, UP H, P, C | | Defendants' joint responses (served by Defendants on 3/15/21) to Plaintiffs' Second Request for Production of Documents. |
| P-131 | | | | | Defendants' joint supplemental responses (served by Defendants on 6/18/21) to Plaintiffs' Second Request for Production of Documents. |
| P-132 | | | R, I, UP H, C | | Defendants' joint responses (served by Defendants on 8/9/21) to Plaintiffs' Third Request for Production of Documents. |
| | | | | | |
| P-133 | | | R, A, H, UP | | [2017 - Florida Minimum Wage Publication](#) |
| P-134 | | | R, A, H, UP | | [2018 - Florida Minimum Wage Publication](#) |
| P-135 | | | R, A, H, UP | | [2019 - Florida Minimum Wage Publication](#) |
| P-136 | | | R, A, H, UP | | [2020 - Florida Minimum Wage Publication](#) |
| | | | | | |
| P-137 | | | R, I, UP, H, A | | July 1, 2020 Demand for unpaid wage and statutory damages |
| | | | | | |
| P-138 | | | Objections preserved | | All documents produced by Defendants during the course of discovery in this case. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 16 of 17

# PLAINTIFFS' WITNESS & EXHIBIT LIST – CONTINUATION

| | | | CASE NO. | | |
|---|---|---|---|---|---|
| *Chavez vs. Grill Enterprises, LLC* | | | 20-22603-CIV-GOODMAN | | |

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-139 | | | Objections preserved | | All documents referenced by Defendants in their responses to Plaintiffs' discovery requests in this case. |
| P-140 | | | | | All exhibits listed by Defendants. |
| P-141 | | | Objections preserved | | Any exhibits necessary for rebuttal or impeachment. |
| P-142 | | | Objections preserved | | Any summaries of evidence under Rule 1006 and other demonstrative exhibits |
| | | | | | |

*Plaintiffs reserve the right to amend or supplement this list.*

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.