# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*Erik Chavez, et al.,*
    *vs.*
*Grill Enterprises, LLC, et al.*

**DEFENDANTS' UPDATED EXHIBIT LIST**

Case No.: 20-22603-CIV-GOODMAN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY(S) | DEFENDANTS' ATTORNEY(S) |
|---|---|---|
| Hon. Jonathan Goodman | Anthony F. Sanchez | Todd W. Shulby<br>Brian H. Pollock |
| **TRIAL DATE(S)**<br>May 8, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | – EXHIBITS – |
|  | D1 |  |  |  |  |  |
|  | D2 |  |  |  |  |  |
|  | D3 |  |  | A, I, H, UP, R |  | Chavez ADP Earnings Statements (e.g. ECF No. 78-2, P. 1). |
|  | D4 |  |  | A, I, H, UP, R |  | Diaz ADP Earnings Statements (e.g. ECF No. 78-2, P. 1). |
|  | D5 |  |  |  |  |  |
|  | D6 |  |  |  |  |  |
|  | D7 |  |  |  |  |  |
|  | D8 |  |  |  |  |  |
|  | D9 |  |  | A, I, H, UP, R |  | Chavez Clock Out Reports (e.g. ECF No. 70-1). |

**Objection Codes (SDFL Local Rule 16.1)**
A – Authenticity    H – Hearsay
I – Contains inadmissible matter    UP – Unduly prejudicial
R – Relevancy    P – Privileged

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 1 of 4

| | | *Chavez vs. Grill Enterprises, LLC* | | CASE NO. | 20-22603-CIV- GOODMAN | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| | D10 | | | A, I, H, UP, R | | Diaz Clock Out Reports (e.g. ECF No. 70-2). |
| | D11 | | | A, I, H, UP, R | | Chavez Tip/ Tip Out Records (e.g. ECF No. 65-7, P. 3). |
| | D12 | | | A, I, H, UP, R | | Diaz Tip/ Tip Out Records (e.g. ECF No. 65-7, P. 3). |
| | D13 | | | A, H, I, UP, R | | Employee Schedule (Covid 19), produced by Defendants during the course of discovery. |
| | D14 | | | A, H, I, UP, R | | Sales records and customer receipts, produced by Defendants during the course of discovery. |
| | D15 | | | | | |
| | D16a | | | I, UP, R | | Plaintiff Erik Chavez's answers to Defendants' Interrogatories, and all documents produced therewith. |
| | D16b | | | I, UP, R | | Plaintiff Leonel Diaz's answers to Defendants' Interrogatories, and all documents produced therewith. |
| | D17a | | | I, UP, R | | Plaintiff Erik Chavez's supplemental answers to Defendants' Interrogatories, and all documents produced therewith. |
| | D17b | | | I, UP, R | | Plaintiff Leonel Diaz's supplemental answers to Defendants' Interrogatories, and all documents produced therewith. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 2 of 4

| *Chavez vs. Grill Enterprises, LLC* | | | CASE NO. 20-22603-CIV- GOODMAN | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| | D18a | | | I, UP, R | | Plaintiff Erik Chavez's responses to Defendants' Requests for Production of Documents, and all documents produced therewith. |
| | D18b | | | I, UP, R | | Plaintiff Leonel Diaz's responses to Defendants' Requests for Production of Documents, and all documents produced therewith. |
| | D19a | | | I, UP, R | | Plaintiff Erik Chavez's supplemental responses to Defendants' Request for Production of Documents, and all documents produced therewith. |
| | D19b | | | I, UP, R | | Plaintiff Leonel Diaz's supplemental responses to Defendants' Request for Production of Documents, and all documents produced therewith. |
| | D20 | | | | | |
| | D21 | | | | | |
| | D22 | | | I, R, UP | | Plaintiff's Amended Complaint (ECF No. 8). |
| | D23 | | | I, R, UP | | Plaintiff's FLSA Statement of Claim (ECF No. 8). |
| | D24 | | | UP | | Documents appended to Chavez's Affidavit (ECF No. 65) (but not Affidavit itself) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 3 of 4

| | | | *Chavez vs. Grill Enterprises, LLC* | | CASE NO. | 20-22603-CIV- GOODMAN | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|---|
| | D25 | | | UP | | Documents appended to Diaz's Affidavit (ECF No. 66)(But not Affidavit itself). |
| | D26 | | | | | |
| | D27 | | | I, R, UP | | DOL WHD Fact Sheet #15 (ECF No. 78-3). |
| | D28 | | | A, I, R, UP | | WH-58 Signed by Diaz |
| | D29 | | | A, I, R, UP | | W-2's issued to Chavez (2017 to 2020) |
| | D30 | | | A, I, R, UP | | W-2's issued to Diaz (2017 to 2019 – or as limited to 2019 if claims released by WH-58 Form he signed) |
| | D31 | | | A, I, R, H, UP | | All documents produced by Defendants during the course of discovery in this case. |
| | D32 | | | | | |
| | D33 | | | | | |
| | D34 | | | | | |
| | D35 | | | A, I, R, H, UP | | All exhibits listed by Plaintiffs to which there was no objection. |
| | D36 | | | A, I, R, H, UP, P | | Any exhibits necessary for rebuttal or impeachment. |
| | D37 | | | | | |

*Defendants reserve the right to amend or supplement this list.*