UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22603-GOODMAN

ERIK CHAVEZ, individually, and
on behalf of others similarly situated,

       Plaintiff,

vs.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

       Defendants.
_____/

## **DEFENDANTS' SUPPLEMENTAL MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE DURING EACH DAY OF TRIAL**

Defendants, Grill Enterprises, LLC, and Ruben Sierra, request the Court to enter an Order that allows Yeison Gonzalez, a corporate representative for Grill Enterprises, LLC, to also bring his iPad into the courthouse based on the following good cause:

1. The Court's prior Order allows, *inter alia*, Yeison Gonzalez to bring his phone and charging cables into the courthouse during the trial. [ECF No. 163.]

2. Defendants request that the Court also allow Yeison Gonzalez to an iPad into the courthouse during the trial.

3. Mr. Gonzalez is expected to attend several days of the trial, and he request permission to bring his iPad to assist with performing his daily activities while attending the trial.

4. A proposed Order is being submitted herewith.

2

WHEREFORE Defendants, Grill Enterprises, LLC, and Ruben Sierra, request this Honorable Court to grant this Motion and enter an Order permitting Yeison Gonzalez to bring his phone, iPad, and charging cables into the courthouse for the duration of the trial period in the above-captioned matter.

Respectfully submitted this 5th day of May 2023,

| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, FL 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Co-Counsel for Defendants | /s/Brian H. Pollock, Esq.<br>Brian H. Pollock, Esq.<br>FairLaw Firm<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>Telephone: (305) 230-4884<br>Facsimile: (305) 230-4844<br>E-mail: brian@fairlawattorney.com<br>Florida Bar No.: 174742<br>Co-Counsel for Defendants |
|---|---|