UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-CV-22603-GOODMAN

ERIK CHAVEZ, individually, and
on behalf of others similarly situated,

      Plaintiff,

vs.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' SUPPLEMENTAL MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE DURING EACH DAY OF TRIAL

**THIS CAUSE** came before the Court on Defendants' Supplemental Motion for Leave to Allow Electric Equipment in the Courtroom for Use During Each Day of Trial, and the Court after having considered the Motion, and being otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED;** Yeison Gonzalez is permitted to bring his cellular phone, iPad, and charging cables into the courthouse for the duration of the trial in this cause.

**DONE AND ORDERED** this  5th  day of May 2023.

_____
JONATHAN GOODMAN
United States Magistrate Judge

**Copies furnished to:**
All counsel of record