UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, *et al.*,

    Plaintiff,

vs.

**Grill Enterprises, LLC**, *et al.*,

    Defendants.

## PLAINTIFFS' NOTICE OF FILING REVISED PROPOSED VERDICT FORMS

Plaintiffs, by and through undersigned counsel and in accordance with the Court's "Order Dismissing Without Prejudice Plaintiff Leonel Diaz's Florida Minimum Wage Act Claim . . ." [ECF No. 176], hereby provide Notice of Filing Revised Proposed Verdict Forms for Plaintiffs Erik Chavez and Leonel Diaz, attached as **Exhibits 1 and 2**, respectively.[1]

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on the parties listed in the Service List below in the manner indicated therein.

ANTHONY F. SANCHEZ, P.A.
ATTORNEYS FOR PLAINTIFFS
6701 SUNSET DRIVE, SUITE 101
MIAMI, FLORIDA 33143
TEL.: 305-665-9211

BY: /s/ ANTHONY F. SANCHEZ
    ANTHONY F. SANCHEZ
    FLORIDA BAR NO. 789925
    afs@laborlawfla.com

---

[1] / Microsoft Word format versions of Exhibits 1 and 2 will be delivered to the Court's CM/ECF mailbox contemporaneously with the filing of this Notice.

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
afs@laborlawfla.com
faz@laborlawfla.com
***Counsel for Plaintiffs***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel:  305-665-9211

Todd W. Shulby, Esq.
Florida Bar No.: 068365
tshulby@shulbylaw.com
llangford@shulbylaw.com
***Counsel for Defendants***
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Tel:  954-530-2236
Fax: 954-530-6628
*Via Notice of Electronic Filing*

Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
***Co-Counsel for Defendants***
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel:  305-230-4884
*Via Notice of Electronic Filing*