UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, *et al.*,

    Plaintiff,

vs.

**Grill Enterprises, LLC**, *et al.*,

    Defendants.

## PLAINTIFFS' [PROPOSED] SPECIAL VERDICT FORM

PAYMENT OF MINIMUM HOURLY WAGE

Do you find from a preponderance of the evidence:

1. That Defendants failed to fully pay Leonel Diaz the minimum hourly wage due on any regularly scheduled pay day, as required by law?

    Answer Yes or No   _____

2. That Defendants required or facilitated Leonel Diaz's participation in an invalid "tip pool"?

    Answer Yes or No   _____

3. That Defendants kept any portion of Leonel Diaz's tips?

    Answer Yes or No   _____

4. If you answered "Yes" to either question 1, 2, or 3, above, do you find that the Defendants acted willfully?

     Answer Yes or No   _____

5. If your answer to question 1, 2, or 3, above, is YES, how much is Leonel Diaz due on account of unpaid minimum wages?

     $_____

6. Do you find that Defendant Ruben Sierra is an employer of Leonel Diaz by virtue of his operational control over the restaurant?

     Answer Yes or No   _____

SO SAY WE ALL.

     _____
     Foreperson's Signature

DATE: _____