LAW OFFICES
**ANTHONY F. SANCHEZ, P.A.**
6701 SUNSET DRIVE, SUITE 101
MIAMI, FL 33143

ANTHONY F. SANCHEZ, ESQ.*
*ADMITTED FL, PA, NJ

TEL: (305) 665-9211
FAX: (305) 328-4842
EMAIL: AFS@LABORLAWFLA.COM

July 1, 2020

*Via First-Class U.S. Mail and
Email to cpas@psccpas.com*

Grill Enterprises, LLC
c/o SALVER & COOK, LLP
2721 Executive Park Drive, Suite 4
Weston, FL 33331

and

Mr. Ruben Sierra
10775 NW 41st Street
Doral, FL 33178

Re:   *Pre-Suit Demand for Wages, Commissions, and Statutory Damages and Awards*

## PRE-SUIT DEMAND FOR UNPAID WAGES AND STATUTORY DAMAGES

### CONFIDENTIAL SETTLEMENT COMMUNICATION & RULE 408 MATERIAL INADMISSIBLE FOR ANY PURPOSE

To Whom it Concerns:

This firm represents Erik Chavez, individually and on behalf of others similarly situated, for purposes of collecting all unpaid and late paid minimum wages and liquidated damages due from his employers, listed above, for which he was employed since on or before 2013.

It is the intention of Mr. Chavez to initiate a collective action under the FLSA and Florida Minimum Wage Act to recover all unpaid compensation due. A Complaint has been or will be filed not later than 15 days from the date of this letter.

The amounts due to Mr. Chavez include 1. unpaid minimum wages, and; 2. liquidated damages through today.

### 1. Unpaid Minimum Wages
At the conclusion of his employment, Mr. Chavez was due unpaid minimum wages in the amount of at least $56,230.77, as calculated in the attached Exhibit "1", hereto.

### 2. Liquidated Damages
At the conclusion of his employment, Mr. Chavez was due liquidated damages in the amount of at least $56,230.77, as calculated in the attached Exhibit "1", hereto.

### 3. Statutory Fees and Costs

At the conclusion of his employment, Mr. Chavez was due statutory fees and costs in the amount of $6,500.00.

Accordingly, Mr. Chavez is owed at least **$118,961.54** in accrued wages, statutory damages, and awards.

Demand is hereby made for immediate payment in the amount of **$118,961.54** as detailed above. This demand is made in satisfaction of any statutory or other condition precedent to bringing a lawsuit for unpaid minimum wages, whether or not any condition precedent to suit is applicable under Florida Statute §448.110(6) or other authority.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Sincerely,

*/s/ Anthony F. Sanchez*
Anthony F. Sanchez

Preliminary Statement of Claim
Erik Chavez

| Week Beg. | Week End. | Sched. Pay Date | Actual Date Paid | Hours Worked | Reduced Hourly Rate Due, but only if Employer Entitled to "Tip Credit" | "Cash Tips" or "Cash Tips Owed" | "Wages Paid" aka "Tipped Hours" is Amount Paid by Employer Employer on account of hours worked | Wages Paid | Applicable Putative Hourly Tip Credit Amount | Applicable Hourly MW Rate | Minimum Wages Due (Required Cash Wage) | Maximum Conditional Putative Tip Credit | Liquidated Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/15 | 07/08/15 | 07/10/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 07/09/15 | 07/22/15 | 07/24/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 07/23/15 | 08/05/15 | 08/07/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 08/06/15 | 08/19/15 | 08/21/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 08/20/15 | 09/02/15 | 09/04/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 09/03/15 | 09/16/15 | 09/18/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 09/17/15 | 09/30/15 | 10/02/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 10/01/15 | 10/14/15 | 10/16/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 10/15/15 | 10/28/15 | 10/30/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 10/29/15 | 11/11/15 | 11/13/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 11/12/15 | 11/25/15 | 11/27/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 11/26/15 | 12/09/15 | 12/11/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 12/10/15 | 12/23/15 | 12/25/15 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 12/24/15 | 01/06/16 | 01/08/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 01/07/16 | 01/20/16 | 01/22/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 01/21/16 | 02/03/16 | 02/05/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 02/04/16 | 02/17/16 | 02/19/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 02/18/16 | 03/02/16 | 03/04/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 03/03/16 | 03/16/16 | 03/18/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 03/17/16 | 03/30/16 | 04/01/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 03/31/16 | 04/13/16 | 04/15/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 04/14/16 | 04/27/16 | 04/29/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 04/28/16 | 05/11/16 | 05/13/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 05/12/16 | 05/25/16 | 05/27/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 05/26/16 | 06/08/16 | 06/10/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 06/09/16 | 06/22/16 | 06/24/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 06/23/16 | 07/06/16 | 07/08/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 07/07/16 | 07/20/16 | 07/22/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 07/21/16 | 08/03/16 | 08/05/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 08/04/16 | 08/17/16 | 08/19/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 08/18/16 | 08/31/16 | 09/02/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 09/01/16 | 09/14/16 | 09/16/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 09/15/16 | 09/28/16 | 09/30/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 09/29/16 | 10/12/16 | 10/14/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 10/13/16 | 10/26/16 | 10/28/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 10/27/16 | 11/09/16 | 11/11/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 11/10/16 | 11/23/16 | 11/25/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 11/24/16 | 12/07/16 | 12/09/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 12/08/16 | 12/21/16 | 12/23/16 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 12/22/16 | 01/04/17 | 01/06/17 | | 66.95 | $5.03 | No Data | $0.00 | | $3.02 | $8.05 | $538.95 | $202.19 | $538.95 |
| 01/05/17 | 01/18/17 | 01/20/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 01/19/17 | 02/01/17 | 02/03/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 02/02/17 | 02/15/17 | 02/17/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 02/16/17 | 03/01/17 | 03/03/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 03/02/17 | 03/15/17 | 03/17/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 03/16/17 | 03/29/17 | 03/31/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 03/30/17 | 04/12/17 | 04/14/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 04/13/17 | 04/26/17 | 04/28/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 04/27/17 | 05/10/17 | 05/12/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 05/11/17 | 05/24/17 | 05/26/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 05/25/17 | 06/07/17 | 06/09/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 06/08/17 | 06/21/17 | 06/23/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 06/22/17 | 07/05/17 | 07/07/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 07/06/17 | 07/19/17 | 07/21/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 07/20/17 | 08/02/17 | 08/04/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 08/03/17 | 08/16/17 | 08/18/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 08/17/17 | 08/30/17 | 09/01/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 08/31/17 | 09/13/17 | 09/15/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 09/14/17 | 09/27/17 | 09/29/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 09/28/17 | 10/11/17 | 10/13/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 10/12/17 | 10/25/17 | 10/27/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 10/26/17 | 11/08/17 | 11/10/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 11/09/17 | 11/22/17 | 11/24/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 11/23/17 | 12/06/17 | 12/08/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 12/07/17 | 12/20/17 | 12/22/17 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 12/21/17 | 01/03/18 | 01/05/18 | | 66.95 | $5.08 | No Data | $0.00 | | $3.02 | $8.10 | $542.30 | $202.19 | $542.30 |
| 01/04/18 | 01/17/18 | 01/19/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 01/18/18 | 01/31/18 | 02/02/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |

*RE: 408 MATERIAL — INADMISSIBLE FOR ANY REASON*

EXHIBIT 1

Page 1 of 2

Preliminary Statement of Claim
Erik Chavez

| Week Beg. | Week End. | Sched. Pay Date | Actual Date Paid | Hours Worked | Reduced Hourly Rate Due, but only if Employer Entitled to "Tip Credit" | "Cash Tips" or "Cash Tips Owed" | "Wages Paid" aka "Tipped Hours" is Amount Paid by Employer Employer on account of hours worked | Wages Paid | Applicable Putative Hourly Tip Credit Amount | Applicable Hourly MW Rate | Minimum Wages Due (Required Cash Wage) | Maximum Conditional Putative Tip Credit | Liquidated Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/18 | 02/14/18 | 02/16/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 02/15/18 | 02/28/18 | 03/02/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 03/01/18 | 03/14/18 | 03/16/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 03/15/18 | 03/28/18 | 03/30/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 03/29/18 | 04/11/18 | 04/13/18 | | 66.60 | $5.03 | $2,440.00 | $0.00 | | $3.02 | $8.25 | $549.45 | $201.13 | $549.45 |
| 04/12/18 | 04/25/18 | 04/27/18 | | 70.47 | $5.23 | $2,052.00 | $0.00 | | $3.02 | $8.25 | $581.38 | $212.82 | $581.38 |
| 04/26/18 | 05/09/18 | 05/11/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 05/10/18 | 05/23/18 | 05/25/18 | | 72.77 | $5.23 | $2,300.00 | $0.00 | | $3.02 | $8.25 | $600.35 | $219.77 | $600.35 |
| 05/24/18 | 06/06/18 | 06/08/18 | | 66.00 | $5.23 | $1,822.00 | $0.00 | | $3.02 | $8.25 | $544.50 | $199.32 | $544.50 |
| 06/07/18 | 06/20/18 | 06/22/18 | | 71.20 | $5.23 | $1,984.30 | $0.00 | | $3.02 | $8.25 | $587.40 | $215.02 | $587.40 |
| 06/21/18 | 07/04/18 | 07/06/18 | | 89.35 | $5.23 | $1,669.23 | $0.00 | | $3.02 | $8.25 | $572.14 | $209.44 | $572.14 |
| 07/05/18 | 07/18/18 | 07/20/18 | | 58.81 | $5.23 | $1,543.85 | $0.00 | | $3.02 | $8.25 | $485.18 | $177.61 | $485.18 |
| 07/19/18 | 08/01/18 | 08/03/18 | | 69.43 | $5.23 | $2,055.02 | $0.00 | | $3.02 | $8.25 | $572.80 | $209.68 | $572.80 |
| 08/02/18 | 08/15/18 | 08/17/18 | | 67.57 | $5.23 | $2,212.65 | $0.00 | | $3.02 | $8.25 | $557.45 | $204.06 | $557.45 |
| 08/16/18 | 08/29/18 | 08/31/18 | | 64.97 | $5.23 | $2,072.10 | $0.00 | | $3.02 | $8.25 | $536.00 | $196.21 | $536.00 |
| 08/30/18 | 09/12/18 | 09/14/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 09/13/18 | 09/26/18 | 09/28/18 | | 66.95 | $5.23 | No Data | $0.00 | | $3.02 | $8.25 | $552.34 | $202.19 | $552.34 |
| 09/27/18 | 10/10/18 | 10/12/18 | | 67.37 | $5.23 | $2,161.62 | $0.00 | | $3.02 | $8.25 | $555.80 | $203.46 | $555.80 |
| 10/11/18 | 10/24/18 | 10/26/18 | | 68.07 | $5.23 | $2,235.99 | $0.00 | | $3.02 | $8.25 | $561.58 | $205.57 | $561.58 |
| 10/25/18 | 11/07/18 | 11/09/18 | | 67.29 | $5.23 | $1,868.35 | $0.00 | | $3.02 | $8.25 | $555.14 | $203.22 | $555.14 |
| 11/08/18 | 11/21/18 | 11/23/18 | | 71.21 | $5.23 | $1,957.70 | $0.00 | | $3.02 | $8.25 | $587.48 | $215.05 | $587.48 |
| 11/22/18 | 12/05/18 | 12/07/18 | | 60.61 | $5.23 | $1,856.96 | $0.00 | | $3.02 | $8.25 | $500.03 | $183.04 | $500.03 |
| 12/06/18 | 12/19/18 | 12/21/18 | | 36.24 | $5.23 | $1,108.33 | $0.00 | | $3.02 | $8.25 | $298.98 | $109.44 | $298.98 |
| 12/20/18 | 01/02/19 | 01/04/19 | | 71.02 | $5.23 | $1,988.94 | $0.00 | | $3.02 | $8.25 | $585.92 | $214.48 | $585.92 |
| 01/03/19 | 01/16/19 | 01/18/19 | 01/19/19 | 71.60 | $5.23 | $1,955.67 | $374.47 | $374.47 | $3.02 | $8.46 | $231.27 | $216.23 | $231.27 |
| 01/17/19 | 01/30/19 | 02/01/19 | | 72.55 | $5.23 | $1,794.00 | $379.44 | $379.44 | $3.02 | $8.46 | $234.34 | $219.10 | $234.34 |
| 01/31/19 | 02/13/19 | 02/15/19 | | 71.18 | $5.23 | $1,557.40 | $372.27 | $372.27 | $3.02 | $8.46 | $229.91 | $214.96 | $229.91 |
| 02/14/19 | 02/27/19 | 03/01/19 | | 72.23 | $5.44 | $2,064.39 | $392.93 | $392.93 | $3.02 | $8.46 | $218.13 | $218.13 | $218.13 |
| 02/28/19 | 03/13/19 | 03/15/19 | | 73.10 | $5.44 | $1,757.95 | $397.66 | $397.66 | $3.02 | $8.46 | $220.76 | $220.76 | $220.76 |
| 03/14/19 | 03/27/19 | 03/29/19 | | 71.07 | $5.44 | $1,631.00 | $386.62 | $386.62 | $3.02 | $8.46 | $214.63 | $214.63 | $214.63 |
| 03/28/19 | 04/10/19 | 04/12/19 | | 72.02 | $5.44 | $1,597.26 | $391.79 | $391.79 | $3.02 | $8.46 | $217.50 | $217.50 | $217.50 |
| 04/11/19 | 04/24/19 | 04/26/19 | | 71.19 | $5.44 | $1,493.16 | $387.27 | $387.27 | $3.02 | $8.46 | $214.99 | $214.99 | $214.99 |
| 04/25/19 | 05/08/19 | 05/10/19 | | 72.40 | $5.44 | $1,729.42 | $393.86 | $393.86 | $3.02 | $8.46 | $218.65 | $218.65 | $218.65 |
| 05/09/19 | 05/22/19 | 05/24/19 | | 71.84 | $5.44 | $1,660.05 | $390.81 | $390.81 | $3.02 | $8.46 | $216.96 | $216.96 | $216.96 |
| 05/23/19 | 06/05/19 | 06/07/19 | | 73.67 | $5.44 | $1,510.83 | $400.76 | $400.76 | $3.02 | $8.46 | $222.48 | $222.48 | $222.48 |
| 06/06/19 | 06/19/19 | 06/21/19 | | 73.50 | $5.44 | $1,370.06 | $399.84 | $399.84 | $3.02 | $8.46 | $221.97 | $221.97 | $221.97 |
| 06/20/19 | 07/03/19 | 07/05/19 | | 72.80 | $5.44 | $1,566.64 | $396.03 | $396.03 | $3.02 | $8.46 | $219.86 | $219.86 | $219.86 |
| 07/04/19 | 07/17/19 | 07/19/19 | | 59.78 | $5.44 | $958.14 | $325.20 | $325.20 | $3.02 | $8.46 | $180.54 | $180.54 | $180.54 |
| 07/18/19 | 07/31/19 | 08/02/19 | | 71.38 | $5.44 | $1,554.10 | $388.31 | $388.31 | $3.02 | $8.46 | $215.57 | $215.57 | $215.57 |
| 08/01/19 | 08/14/19 | 08/16/19 | | 68.50 | $5.44 | $1,572.69 | $372.64 | $372.64 | $3.02 | $8.46 | $206.87 | $206.87 | $206.87 |
| 08/15/19 | 08/28/19 | 08/30/19 | | 71.98 | $5.44 | $1,395.64 | $391.57 | $391.57 | $3.02 | $8.46 | $217.38 | $217.38 | $217.38 |
| 08/29/19 | 09/11/19 | 09/13/19 | | 34.55 | $5.44 | $827.22 | $187.95 | $187.95 | $3.02 | $8.46 | $104.34 | $104.34 | $104.34 |
| 09/12/19 | 09/25/19 | 09/27/19 | | 71.79 | $5.44 | $1,647.40 | $390.54 | $390.54 | $3.02 | $8.46 | $216.81 | $216.81 | $216.81 |
| 09/26/19 | 10/09/19 | 10/11/19 | | 70.97 | $5.44 | $1,347.00 | $386.08 | $386.08 | $3.02 | $8.46 | $214.33 | $214.33 | $214.33 |
| 10/10/19 | 10/23/19 | 10/25/19 | | 31.50 | $5.44 | $536.37 | $171.36 | $171.36 | $3.02 | $8.46 | $95.13 | $95.13 | $95.13 |
| 10/24/19 | 11/06/19 | 11/08/19 | | 66.13 | $5.44 | $1,443.10 | $359.75 | $359.75 | $3.02 | $8.46 | $199.71 | $199.71 | $199.71 |
| 11/07/19 | 11/20/19 | 11/22/19 | | 69.77 | $5.44 | $1,627.29 | $379.55 | $379.55 | $3.02 | $8.46 | $210.71 | $210.71 | $210.71 |
| 11/21/19 | 12/04/19 | 12/06/19 | | 44.76 | $5.44 | $1,018.80 | $243.49 | $243.49 | $3.02 | $8.46 | $135.18 | $135.18 | $135.18 |
| 12/05/19 | 12/18/19 | 12/20/19 | | 75.52 | $5.44 | $1,977.92 | $410.83 | $410.83 | $3.02 | $8.46 | $228.07 | $228.07 | $228.07 |
| 12/19/19 | 01/01/20 | 01/03/20 | | 70.16 | $5.44 | $1,792.24 | $381.67 | $381.67 | $3.02 | $8.46 | $211.88 | $211.88 | $211.88 |
| 01/02/20 | 01/15/20 | 01/17/20 | | 65.68 | $5.54 | $1,382.83 | $363.87 | $363.87 | $3.02 | $8.56 | $198.35 | $198.35 | $198.35 |
| 01/16/20 | 01/29/20 | 01/31/20 | | 71.06 | $5.54 | $1,712.74 | $393.67 | $393.67 | $3.02 | $8.56 | $214.60 | $214.60 | $214.60 |
| 01/30/20 | 02/12/20 | 02/14/20 | | 70.58 | $5.54 | $1,678.38 | $391.01 | $391.01 | $3.02 | $8.56 | $213.15 | $213.15 | $213.15 |
| 02/13/20 | 02/26/20 | 02/28/20 | | 70.20 | $5.54 | $2,121.92 | $388.91 | $388.91 | $3.02 | $8.56 | $212.00 | $212.00 | $212.00 |
| 02/27/20 | 03/11/20 | 03/13/20 | | 71.03 | $5.54 | $1,787.26 | $393.51 | $393.51 | $3.02 | $8.56 | $214.51 | $214.51 | $214.51 |
| | | | | | | | | | | | $56,230.77 | $24,868.85 | $56,230.77 |

NADMISSIBLE FOR ANY REASON RULE 408 MATERIAL

Unpaid Minimum Wages Due:  $56,230.77
Liquidated Damages:  $56,230.77
Total:  $112,461.54

EXHIBIT 1

Page 2 of 2