UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-22603-GOODMAN

[CONSENT]


ERIC CHAVEZ and
LEONEL DIAZ


       Plaintiffs,

v.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,


       Defendants.

_____/

## ORDER RE: TRIAL POSTPONEMENT

Mistakes happen when decisions are rushed.  They also occur with greater frequency when many last-minute decisions need to be made at one time.  Mistakes are more likely to occur when decisions are made on incomplete information. And mistakes are made when the information which was provided at the last minute is fuzzy.

And this is why the Undersigned has decided to postpone the trial scheduled to

start tomorrow.

In the past two weeks, the final two weeks before trial, the parties have submitted a large amount of motions, arguments, exhibits and memoranda.  The topics go to critical issues, such as whether one or both Plaintiffs may pursue claims under the Florida Minimum Wage Act (in addition to the Fair Labor Standards Act).  If the answer is "no," then the amount of damages available to each Plaintiff would be reduced.

Since yesterday, the parties have filed mirror-image motions for reconsideration on significant rulings and a memorandum in response to one of those motions.  If the case were to proceed to trial tomorrow morning, then a response to the motion for reconsideration filed approximately an hour ago would need a response (and the Undersigned would need to make substantive decisions by tomorrow morning, when the panel of proposed jurors would be brought into Court).

Counsel for the parties have been scrambling to meet shortened deadlines in the past two weeks, and the Undersigned (and the law clerk working with me) have also been working around the clock in an effort to address myriad issues which have arisen at the eleventh hour.

The net result of all this rushing around is that significant legal issues would need to be resolved without adequate briefing and without adequate time for analysis. Given the choice of postponing the trial and causing inconvenience to the parties or pushing forward with the trial in a rushed atmosphere with legal rulings being made at the last

minute, based on an incomplete factual record and rushed legal briefing on issues of first impression, the Undersigned opts for a rescheduled trial.

The Undersigned will soon schedule a hearing to reschedule the trial, list the issues on which additional legal briefing is required, and establish a deadline for the required memoranda. This will enable the Court to enter rulings in an organized way, without the last-minute avalanche of motions and memoranda which force rushed decisions and elevate the likelihood of mistakes.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 7, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record