UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, individually, and on behalf of others similarly situated,

    Plaintiff,

vs.

**Grill Enterprises, LLC**, a Florida limited liability company, d/b/a "Los Parrilleros" and "Parrilleros Tavern", and;
**Ruben Sierra,** individually,

    Defendants.

## **PLAINTIFFS' MOTION TO RESCHEDULE ZOOM HEARING**

Plaintiffs, by and through undersigned counsel, submit the instant Motion to Reschedule the Zoom Hearing, and in support thereof, state as follows:

1. The above-captioned case was, until recently, scheduled for a specially set jury trial to take place May 8, 2023 through May 11, 2023. See ECF No. 130.

2. Plaintiff Erik Chavez traveled to the jurisdiction from his current home in Oklahoma for the very purpose of attended the special set jury trial.

3. On Sunday, May 7, 2023, the Court entered its "Paperless Order" cancelling the May 8, 2023 trial and subsequent "Order Re: Trial Postponement". ECF Nos. 183 and 184, respectively.

4. This afternoon (May 8th), the Court entered its "Order Re: Trial Rescheduling, Briefing and Questions" [ECF No. 185] which, *inter alia*, set a Zoom hearing for Friday, May 12, 2023 at 9:30 a.m. to discuss trial rescheduling ented and other matters.

5. Undersigned counsel for the Plaintiffs has prepaid arrangements to be away from the district from Friday, May 12, 2023 through Sunday, May 13, 2023 to attend his 35-year law school reunion at the University of Pennsylvania. See attached **Exhibit 1**.

6. Accordingly, undersigned counsel respectfully requests the Court reschedule the Zoom hearing currently scheduled for Friday, May 12, 2023 at 9:30 a.m.

7. Undersigned counsel is available anytime the remainder of this week (except Friday, May 12th) and anytime next week.

8. Undersigned counsel has conferred with opposing counsel for the Defendants, who has advised that Defendants are available anytime this Thursday, May 11th, for a rescheduled hearing.

WHEREFORE, Plaintiffs pray this Honorable Court grant their Motion to Reschedule Zoom Hearing to any of the alternative dates the parties are mutually available, as set forth in ¶ 8, above, and award such further relief the Court may deem meet and proper under the circumstances of this case.

## CERTIFICATE OF CONFERRAL

In accordance with S.D.Fla. L.R. 7.1(a)(3), undersigned counsel certifies he has conferred with opposing counsel for the Defendants, who does not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on the parties listed in the Service List below in the manner indicated therein.

ANTHONY F. SANCHEZ, P.A.
ATTORNEYS FOR PLAINTIFFS
6701 SUNSET DRIVE, SUITE 101
MIAMI, FLORIDA 33143
TEL.: 305-665-9211

BY: /s/ ANTHONY F. SANCHEZ
ANTHONY F. SANCHEZ
FLORIDA BAR No. 789925
afs@laborlawfla.com

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
afs@laborlawfla.com
faz@laborlawfla.com
***Counsel for Plaintiffs***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel: 305-665-9211

Todd W. Shulby, Esq.
Florida Bar No.: 068365
tshulby@shulbylaw.com
llangford@shulbylaw.com
***Counsel for Defendants***
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Tel: 954-530-2236
Fax: 954-530-6628
*Via Notice of Electronic Filing*

Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
***Co-Counsel for Defendants***
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: 305-230-4884
*Via Notice of Electronic Filing*