





Anthony Francisco Sanchez, Esquire