UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-22603-GOODMAN

**[CONSENT]**

ERIC CHAVEZ and
LEONEL DIAZ

    Plaintiffs,

v.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

    Defendants.
_____/

**POST-HEARING ADMINISTRATIVE ORDER**

On May 11, 2023, the Undersigned held an extensive, almost two-hour hearing to reschedule the trial date, set a charge conference hearing date, and discuss the 11 topics noticed by the Court in the Order Re: Trial Rescheduling, Briefing and Questions [ECF No. 185]. At the hearing, the Undersigned **ordered** as follows:

**Trial Date and Charge Conference**

The Jury Trial in this matter is re-scheduled to commence on **Monday, September 11, 2023** at **9:15 AM** before the Undersigned at the James Lawrence King Justice Building, 99 NE 4th Street, 11th Floor, Miami, Florida. The Court has reserved **5 days** for this trial.

There will be no new pretrial conference.

The parties have submitted joint proposed jury instructions. [ECF No. 156-1]. The Court will hold an **in-person** charge conference on **Tuesday, August 29, 2023** at **1:30 PM**. The parties will be prepared to address disputed jury instructions.

**Defendants' Revised Proposed Verdict Forms**

Defendants will file a notice containing their revised proposed verdict forms (one verdict form per Plaintiff) by no later than **Friday, May 19, 2023**. Defendants will email Word-version courtesy copies of their verdict forms to the Court's CM/ECF mailbox (goodman@flsd.uscourts.gov). There is no need to submit a flash drive. The Court is already in receipt of Plaintiffs' revised proposed verdict forms [ECF Nos. 178-1; 178-2].

**The Parties' Memoranda on Additional Issues**

In an earlier Order, the Court listed 11 issues[1] under the heading "Issues to be Briefed." [ECF No. 185, pp. 2-5]. The Court provided preliminary instructions to the

---

[1]   Issue No. 11 asked the parties to address the following question: "Is 'unclean hands' an affirmative defense in an action for damages (as opposed to a defense when the Court is sitting in equity, such as in connection with a motion for injunctive relief)?" [ECF No. 185, pp. 4-5]. At the May 11, 2023 hearing, Defendants represented to the Court that they were waiving their affirmative defense of unclean hands. Therefore, the parties no longer need to address Issue No. 11.

Nonetheless, to avoid confusion, the Court will keep the same numbering convention. The parties may simply skip "Memorandum No. 11" and proceed to "Memorandum No. 12" when docketing their memoranda on CM/ECF. [For ease of reference, the issue number should be included in both the title of each memorandum and in the docket entry description on CM/ECF.]

parties on how to answer the listed issues and further stated that "the Court would like a separate, double-spaced memorandum of law, not to exceed five pages, on each of the issues listed[.]" *Id.* at 2.

In addition to the issues listed in the Court's earlier Order [ECF No. 185], the parties will file memoranda addressing the following issue identified at the May 11, 2023 hearing: "12. Did Plaintiffs timely seek a claim for tip confiscation and, if not, what impact does that have on their damages claim?".

The parties will submit their memoranda by no later than **Monday, June 12, 2023**.

**Pending Motions**

Defendants have filed a motion for reconsideration [ECF No. 179] and Plaintiffs filed a combined response/motion for relief from trial order [ECF No. 181]. Defendants will have until **Thursday, May 25, 2023** to file their response to Plaintiffs' motion [ECF No. 181]. Plaintiffs may file an optional reply in accordance with the Local Rules.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 12, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record