UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22603-GOODMAN

ERIK CHAVEZ, individually, and
on behalf of others similarly situated,

       Plaintiff,

vs.

GRILL ENTERPRISES, LLC, a
Florida Limited Liability Company, d/b/a
Los Parrilleros and Parrilleros Tavern, and
RUBEN SIERRA, individually,

       Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING REVISED PROPOSED VERDICT FORMS

Defendants, by and through the undersigned counsel, and in accordance with the Court's Order (ECF No. 176) and Post-Hearing Administrative Order (ECF No. 190), hereby file this Notice of Filing Revised Proposed Verdict Forms for Erik Chavez and Leonel Diaz.

Respectfully submitted,

| | |
|---|---|
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, FL 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Co-Counsel for Defendants | /s/Brian H. Pollock, Esq.<br>Brian H. Pollock, Esq.<br>FairLaw Firm<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>Telephone: (305) 230-4884<br>Facsimile: (305) 230-4844<br>E-mail: brian@fairlawattorney.com<br>Florida Bar No.: 174742<br>Co-Counsel for Defendants |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Anthony F. Sanchez, Esq. and Brian H. Pollock, Esq.

I HEREBY CERTIFY that on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

            By: /s/Todd W. Shulby, Esq.
               For Todd W. Shulby, P.A.