UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

    Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

    Defendants.
_____/

## [DEFENDANTS' PROPOSED] VERDICT FORM
### (For Leonel Diaz)

Do you find from a preponderance of the evidence:

1. That Grill Enterprises, LLC failed to pay Leonel Diaz the minimum wages required by law:

    Answer Yes or No      _____

    If you answered "NO" to Question 1, you are to answer no more questions, and please sign and date your verdict form.

    If you answered "YES" to Questions 1, please answer Question 2.

2. That Grill Enterprises, LLC required Leonel Diaz to participate in a "tip pool"?

Answer Yes or No                    _____

If you answered "NO" to Question 2, you are to answer no more questions, and please sign and date your verdict form.

If you answered "YES" to Question 2, please answer Question 3.

3. That the "tip pool" during "Phase I" (from 6/23/17 to 1/4/19) was invalid?

Answer Yes or No                    _____

4. That the "tip pool" during "Phase II" (from 1/18/19 – 3/27/20) was invalid?

Answer Yes or No                    _____

If you answered "NO" to Questions 3 and 4, you are to answer no more questions, and please sign and date your verdict form.

If you answered "YES" to Questions 3 and/or 4, please answer Question 5.

5. That one or both Defendants "willfully" violated the minimum wage laws?

Answer Yes or No _____

6. That Leonel Diaz waived his right to recover any damages owed to him before the workweek ending March 9, 2019 by signing the DOL WH-58 form:

Answer Yes or No _____

7. That Leonel Diaz should be awarded damages?

Answer Yes or No _____

If your answer is "No," you are to answer no more questions, and please sign and date your verdict form.

If your answer is "Yes" you must answer one of the following Questions, depending on your answers to Questions 3 through 6.

**Phase I Questions:**

Phase I: If your answer to Question 3
is "No," answer no more "Phase I" questions
and go to the "Phase II" questions.

Phase I: If your to Question 6 is "Yes"
answer no more "Phase I" questions
and go to the "Phase II" questions.

<u>Phase I:</u> If your answer to Question 3 is "Yes," and your answer to Question 5 is "Yes," and your answer to Question 6 is "No," what amount is Diaz owed from 5/11/18 to 1/4/19?                $_____

<u>Phase I:</u> If your answer to Question 3 is "Yes," and your answer to Question 5 is "No," and your answer to Question 6 is "No," what amount is Diaz owed from 6/23/18 to 1/4/19?                $_____

**Phase II Questions:**

<u>Phase II:</u> If your answer to Question 4 is "No," answer no more "Phase II" questions and go to Question 8.

<u>Phase II:</u> If your answer to Question 4 is "Yes," and your answer to Question 6 is "No," what amount Diaz he owed from 1/18/19 to 11/8/19?                $_____

<u>Phase II:</u> If your answer to Question 4 is "Yes," and your answer to Question 6 is "Yes," what amount is Diaz owed from 3/9/18 to 11/8/19?                $_____

8.   That Ruben Sierra also was an employer of Leonel Diaz:

Answer Yes or No                        _____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____