UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

    Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

    Defendants.

_____/

## [DEFENDANTS' PROPOSED] VERDICT FORM
### (For Erik Chavez)

Do you find from a preponderance of the evidence:

1. That Grill Enterprises, LLC failed to pay Erik Chavez the minimum wages required by law:

    Answer Yes or No           _____

    If you answered "NO" to Question 1, you are to answer no more questions, and please sign and date your verdict form.

    If you answered "YES" to Questions 1, please answer Question 2.

1

2. That Grill Enterprises, LLC required Erik Chavez to participate in a "tip pool"?

Answer Yes or No     _____

If you answered "NO" to Question 2, you are to answer no more questions, and please sign and date your verdict form.

If you answered "YES" to Question 2, please answer Question 3.

3. That the "tip pool" during "Phase I" (from 6/23/17 to 1/4/19) was invalid?

Answer Yes or No     _____

4. That the "tip pool" during "Phase II" (from 1/18/19 – 3/27/20) was invalid?

Answer Yes or No     _____

If you answered "NO" to Questions 3 and 4, you are to answer no more questions, and please sign and date your verdict form.

If you answered "YES" to Questions 3 and/or 4, please answer Question 5.

    5.    That one or both Defendants "willfully" violated the minimum wage laws?

    Answer Yes or No     _____

    6.    That Erik Chavez should be awarded damages?

    Answer Yes or No     _____

If your answer is "No," you are to answer no more questions, and please sign and date your verdict form.

If your answer is "Yes" you must answer one of the following Questions, depending on your answers to Questions 3 through 5.

**Phase I Questions:**

Phase I: If your answer to Question 3 is "No," answer no more "Phase I" questions and go to the "Phase II" questions below.

Phase I: If your answer to Question 3 is "Yes," and your answer to Question 5 is "Yes," what amount is Chavez owed from 6/23/17 to 1/4/19?     $_____

Phase I: If your answer to Question 3 is "Yes," and your answer to Question 5 is "No," what amount is Chavez owed from 6/23/18 to 1/4/19?     $_____

**Phase II Questions:**

<u>Phase II:</u> If your answer to Question 4 is "No," answer no more "Phase II" questions and go to Question 7.

<u>Phase II:</u> If your answer to Question 4 is "Yes," what amount is Chavez owed from 1/18/19 to 3/27/20?    $_____

7.   That Ruben Sierra also was an employer of Erik Chavez:

Answer Yes or No              _____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____