## PLAINTIFFS' MEMORANDUM OF LAW RE: "ISSUE TO BE BRIEFED" NO. 8

**Issue No. 8:** Whether the verdict form should include a special interrogatory asking the jury to determine if an employer is entitled to a tip credit or if the tip pool was valid/invalid (or questions about how the tip pool was invalidated)? Alternatively, if (after conferring) the parties agree that these types of questions do not need to be included in the verdict form, then the parties may state so in their submission

**A.    There is no controlling authority requiring or precluding such special interrogatories regarding the invalidity of the tip pool occasioned by the employers' improper use of employee tips.**

There is no controlling authority requiring or prohibiting the verdict form including special interrogatories on the issue of the Employers' having invalidated the Tip Pool by improperly using tips. The evidence supports that the Employers improperly used the Plaintiffs' tips in many ways. For example, their own records reflect the systematic disbursement of less than all tips; they required Plaintiffs participate and contribute to an invalid "tip pool" which included workers who were (for various and sundry reasons) not eligible to participate because, *inter alia*, they were undocumented workers and therefore ineligible to work, because they were in large measure not engaged in tip-producing work, because they were managers, because they were not contributors to the tip pool, but only drawers from it, because the employer used the tips to pay for "contract" labor and other Employer overhead or operating costs, such as credit card charges, and other purposes inconsistent with the requirement that employees retain all of their tips and that employers not keep employee tips for any purpose. Interrogatories addressed to the many ways the employer improperly invaded the Plaintiffs' right to keep all of their tips could risk confusing the jury. Accordingly, the Plaintiffs would suggest that such interrogatory or interrogatories be simple and limited as suggested in the following section. Moreover, Plaintiffs reserve the right to propose other interrogatories or jury instructions at any time prior to the conclusion of their deliberations, or other time within the Court's discretion. In this regard, we note that a Charging Conference is scheduled for August 29, 2023, two weeks before trial.

**B.     Special interrogatories.**

    1.     Do You find that the Defendant Grill Enterprises improperly used or kept tips belonging to Plaintiff Erik Chavez

        Yes _____          No _____

    2.     Do You find that the Defendant Grill Enterprises improperly used or kept tips belonging to Plaintiff Leo Diaz

        Yes _____          No _____