**PLAINTIFFS' MEMORANDUM OF LAW RE: "ISSUE TO BE BRIEFED" NO. 11**

**Issue No. 11**: Is "unclean hands" an affirmative defense in an action for damages (as opposed to a defense when the Court is sitting in equity, such as in connection with a motion for injunctive relief)?

*[The Court's "Post-Hearing Administrative Order [ECF No. 190] directed the parties to skip over this issue and proceed to Issue No. 12.]*