UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22603-GOODMAN [*CONSENT CASE*]

ERIC CHAVEZ, ET AL.,

    Plaintiff,

v.

GRILL ENTERPRISES, LLC AND
RUBEN SIERRA,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, Grill Enterprises, LLC, and Ruben Sierra, notify the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 4th day of August 2023.

                                                  <u>Brian H. Pollock, Esq.</u>
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Defendants*