UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:20-cv-22603-GOODMAN
[CONSENT]

ERIC CHAVEZ, et al.,

    Plaintiffs,

v.

GRILL ENTERPRISES, LLC, et al.,

    Defendants.

_____/

**NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT**

This matter is before the Court upon Defendants' Notice of Settlement. [ECF No. 198].

It is ORDERED and ADJUDGED as follows:

The parties shall finalize the written settlement agreement by no later than **Monday, August 21, 2023** and file a notice that this has happened by the same deadline. Once the notice of executed settlement agreement is filed, the Court will set this matter for a Zoom fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States ex rel. Dep't of Labor, Emp. Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1352-1355 (11th Cir. 1982).

**DONE AND ORDERED** in Chambers, in Miami, Florida, on August 4, 2023.

                                                Jonathan Goodman
                                                UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record