UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22603-GOODMAN
[CONSENT]

**Erik Chavez**, *et al.*,

       Plaintiff,

vs.

**Grill Enterprises, LLC**, *et al.*,

      Defendants.

## JOINT NOTICE OF FINALIZED SETTLEMENT AGREEMENT

The parties, Plaintiffs Erik Chavez and Leonel Diaz, and Defendants Grill Enterprises, LLC and Ruben Sierra, hereby provide "Joint Notice of Finalized Settlement Agreement" in compliance with the Court's Notice of Court Practice Upon Notice of Settlement [ECF No. 199], which requires: "parties shall finalize the written settlement agreement by no later than **Monday, August 21, 2023** and file a notice that this has happened by the same deadline." *Id*. Accordingly, and in furtherance of the same, the Court may now "set this matter for a Zoom fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States ex rel. Dep't of Labor, Emp. Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1352-1355 (11th Cir. 1982)". *Id*.

Dated: August 21, 2023

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
afs@laborlawfla.com
faz@laborlawfla.com
***Counsel for Plaintiffs***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel: 305-665-9211

Todd W. Shulby, Esq.
Florida Bar No.: 068365
tshulby@shulbylaw.com
llangford@shulbylaw.com
***Counsel for Defendants***
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Tel: 954-530-2236
Fax: 954-530-6628

Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
***Co-Counsel for Defendants***
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: 305-230-4884

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on the parties listed in the Service List below in the manner indicated therein.

Anthony F. Sanchez, P.A.
Attorneys for Plaintiffs
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel.: 305-665-9211

By: /s/ Anthony F. Sanchez
    Anthony F. Sanchez
    Florida Bar No. 789925
    afs@laborlawfla.com

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
afs@laborlawfla.com
faz@laborlawfla.com
***Counsel for Plaintiffs***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel: 305-665-9211

Todd W. Shulby, Esq.
Florida Bar No.: 068365
tshulby@shulbylaw.com
llangford@shulbylaw.com
***Counsel for Defendants***
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Tel: 954-530-2236
Fax: 954-530-6628
*Via Notice of Electronic Filing*

Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
***Co-Counsel for Defendants***
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: 305-230-4884
*Via Notice of Electronic Filing*