## AUTHORITY TO REPRESENT

I, the undersigned client, do hereby retain and employ ANTHONY F. SANCHEZ, P.A., to act as my attorneys and represent me in any claim against GRILL ENTERPRISES, LLC D/B/A LOS PARRILLEROS RESTAURANT, and related entities and any other responsible party on account of issues directly or indirectly related to my employment there.

I hereby agree to pay for the attorneys' fees and costs of investigation, court costs and all other costs and expenses necessarily incurred in connection with this litigation. I understand that ANTHONY F. SANCHEZ, P.A. may apply for my reasonable attorneys' fees to be awarded by the Court payable directly from the Defendant(s). A motion for reasonable and/or taxable attorneys' fees and costs will be filed should a Final Judgment be entered against the Defendant(s), or a settlement agreement is reached which reserves for me the right to seek an award of attorneys' fees and costs payable from the Defendant(s). I acknowledge the firm's hourly rate ($400.00 for attorneys and $150.00 for paralegals) to be reasonable for the services to be provided under the circumstances of this case, and I agree to be responsible for the payment of such a reasonable rate for the time expended in prosecuting my claim.

In the event that a settlement agreement is reached which resolves all issues between the parties, including damages and attorney's fees, but which does not separately designate the amounts payable on account of damages and the amounts payable on account of statutory or contractual fees and costs, I hereby agree to pay ANTHONY F. SANCHEZ, P.A. from the proceeds of the gross recovery (includes costs and Court award attorneys' fees, if applicable) the higher of any reasonable, statutory fee awarded by the Court, or a contingency fee – in accordance with the following schedule:

(a) 33% of any recovery up to $1 million through the time of filing of an answer or to demand for appointment of arbitrators;

(b) 40% of any recovery up to $1 million after the filing of an answer or demand for an appointment of arbitrator through the trial of the case; (40% becomes immediately applicable as soon as the Complaint is answered or demand for appointment of arbitrators is made);

(c) 30% of any recovery at any time between $1-2 million;

(d) 20% of any recovery at any time in excess of $2 million;

(e) If all defendants admit liability at the time of filing their initial answer and request a trial only on the damages:

    (i) 33-1/3% of any recovery up to $1 million through trial;

    (ii) 20% of any recovery between $1-$2 million;

    (iii) 15% of any recovery in excess of $2 million

 (f) An additional 5% of any recovery after notice of appeal filed or post-judgment relief or action is required for recovery on the judgment.

 All fees are computed by applying percentage above the recovery before costs or medical bills are deducted.

 The undersigned client has, before signing this contract, received and read the Statement of Client Rights and understands each of the rights set forth therein. The undersigned client has signed the statement and received a signed copy to keep to refer to while being represented by the undersigned attorney.

 This contract may be cancelled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown below, and if cancelled within three (3) business days of the date the contract was signed, as shown below, the client shall not obligated to pay any fees to the attorney for the work performed during that time, other than as may be awarded by the Court on a proper charging or retaining lien. If the client wishes to cancel this contract at any point following three (3) business days of the date the contract was signed, as shown below, the client shall provide written notification of cancellation of the contract to the attorney and shall be obligated to pay any fees to the attorney for the work performed since the date of the contract. If the attorney has advanced funds to others in representation of the client, the attorney is entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

 In cases where the client is to receive a recovery which will be paid to the client on a future structured or periodic basis, the contingent fee percentage shall only be calculated on the cost of the structured verdict or settlement or, if the cost is unknown, on the present money value of the structured verdict or settlement, whichever is less. If the damages and the fee are to be paid out over the long term future schedule, then, this limitation does not apply.

 **It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to my attorney for any sum whatsoever as attorney's fees.**

 I understand that this type of litigation is extremely time consuming and highly difficult

with regard to the chances for success. I further understand that these cases take many months to analyze, gather information, and study. For these reasons, I recognize the right of said law firm to withdraw from the case and return the file to me at said law firm's discretion whenever the firm is of the opinion that the chances for success do not justify going forward.

Executed in Miami, Miami-Dade County, Florida.

| _____ | _____Leonel Diaz_____ | __12/09/2020__ |
|---|---|---|
| Client Signature | Print Name | Date |

 

_____
ANTHONY F. SANCHEZ, P.A.