**Case Costs Log**
**20-cv-22603**

| Date | Description | Total |
|---|---|---|
| 06/23/20 | SDFL Clerk of Court - New case filing fee | $400.00 |
| 07/01/20 | Caplan Process Servers - Service of Complaint on Grill Enterprises, LLC | $50.00 |
| 08/07/20 | Caplan Process Servers - Service of Complaint on Ruben Sierra | $100.00 |
| 07/28/21 | Caplan Process Servers - Service of subpoena for deposition on defense witness Vanessa Carrillo | $55.00 |
| 07/30/21 | Legal Translations - Deposit for Vanessa Carrillo deposition interpreter services on 8/3/21; final balance determined at conclusion of deposition | $220.00 |
| 07/30/21 | Legal Translations - Deposit for Ruben Sierra interpreter services on 8/5/21; final balance determined at conclusion of deposition | $220.00 |
| 07/30/21 | Zoom - One-month upgrade to "Pro" tier in order to host the depositions of defense witnesses Vanessa Carrillo (8/3/21) and Ruben Sierra (8/5/21) | $14.99 |
| 08/03/21 | Legal Translations - Supplemental invoice for additional hours beyond the 2-hour minimum for the deposition of Vanessa Carrillo | $605.00 |
| 10/19/21 | Salmon & Dulberg Dispute Resolution - Mediation invoice, Plaintiffs' share | $787.50 |
| 03/16/23 | Legal Translations - Deposit for interpreter services for settlement conference scheduled for 3/21/23 | $220.00 |
| 03/21/23 | Legal Translations - Supplemental invoice for interpreter services for settlement conference scheduled for 3/21/23 | $330.00 |
| 05/09/23 | Legal Translations - One-day trial interpretation services (one day charge results from cancellation with less than 24 hours notice before job) | $1,120.00 |
| 04/26/23 | Caplan Process Servers - Service of trial subpoena on Vanessa Carrillo | $35.00 |
| 05/02/23 | Caplan Process Servers - Service of trial subpoena on Yeison (a/k/a Nelson) Gonzalez | $35.00 |
| 05/02/23 | Caplan Process Servers - Service of trial subpoena on Denysse Carrillo | $35.00 |
| 05/02/23 | Caplan Process Servers - Service of trial subpoena on Mariana Pinto | $35.00 |
| 05/12/23 | Arrow Express Messenger Service - One-way delivery of jury instructions (5/1/23) and one-way delivery of Plaintiffs' verdict form (5/4/23) | $65.00 |
| | **Total:** | **$4,327.49** |

**Frank Zwanink**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, June 23, 2020 4:34 PM |
| **To:** | Frank Zwanink |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

　Account Number: 2507992
　Court: FLORIDA SOUTHERN DISTRICT COURT
　Amount: $400.00
　Tracking Id: AFLSDC-13073621
　Approval Code: 121643
　Card Number: ************2004
　Date/Time: 06/23/2020 04:34:21 ET

NOTE: This is an automated message. Please do not reply

**Caplan, Caplan & Caplan Process Servers**
12555 Orange Drive
Suite 106
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2020019420
7/1/2020



Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

**Case Number: SOUTHERN 20-CV-22603-MGC**

**Plaintiff:**
**ERIK CHAVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

**Defendant:**
**GRILL ENTERPRISES, LLC, ET AL.,**

Received: 6/26/2020   Served: 6/29/2020 10:30 am   CORPORATE - REGISTERED AGENT
To be served on: **GRILL ENTERPRISES, LLC** C/O REGISTERED AGENT SALVER & COOK, LLP

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| ORIGINAL FEE | 1.00 | 50.00 | 50.00 |
| **TOTAL CHARGED:** | | | $50.00 |
| **BALANCE DUE:** | | | **$50.00** |

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

Page 1 / 1

| | | |
|---|---|---|
| **Caplan, Caplan & Caplan Process Servers**<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2020019421<br>8/7/2020<br> |

Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

**Case Number:** SOUTHERN 20-CV-22603-MGC

**Plaintiff:**
**ERIK CHAVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

**Defendant:**
**GRILL ENTERPRISES, LLC, ET AL.,**

Received: 6/26/2020   Served: 8/5/2020 8:20 am   INDIVIDUAL/PERSONAL
To be served on: RUBEN SIERRA

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| ORIGINAL FEE | 1.00 | 50.00 | 50.00 |
| LOCAL 2ND ADDRESS | 1.00 | 50.00 | 50.00 |
| **TOTAL CHARGED:** | | | **$100.00** |

| | |
|---|---|
| **BALANCE DUE:** | **$100.00** |

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

Page 1 / 1

| | | |
|---|---|---|
| **Caplan, Caplan & Caplan Process Servers**<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2021021942<br>7/28/2021<br> |

Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

**Case Number:** SOUTHERN 20-CV-22603-MGC

**Plaintiff:**
**ERIK CHAVES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

**Defendant:**
**GRILL ENTERPRISES, LLC, ET AL.,**

Received: 7/27/2021   Served: 7/27/2021 12:35 pm   INDIVIDUAL/PERSONAL
To be served on: VANESSA CARRILLO

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA LOCAL RUSH FEE | 1.00 | 55.00 | 55.00 |
| **TOTAL CHARGED:** | | | **$55.00** |

**BALANCE DUE:**                                                                                                    $55.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

Page 1 / 1



**Legal Translations, Inc.**
a DBA of: Vega Interpreters, Inc.
EIN Number: 26-4084461
DUNS #: 027121221
GSA Contract #: 47QRAA18D004Y
www.legaltranslations.net
info@legaltranslations.net
1-800-537-3047

3550 NW 20th Street
Miami, Florida 33142
United States

## INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | D20547 | Anthony F. Sanchez, P.A.. | |
| Invoice Date | Fri Jul 30, 2021 | 6701 Sunset Drive | |
| Due Date | Fri Aug 13, 2021 | Suite 101 | |
| Balance Due | $220.00 | Miami, FL 33143 | |
| | | faz@laborlawfla.com | |

| Service | Description | Rate | hours/ words/ days | Total |
|---|---|---|---|---|
| Interpretation- Deposition- | This is an estimate for 2 hrs. Your final price may vary. Spanish interpreter for Aug 3, 2021 10:00 AM - Deponent name unknown - State court interpreter. Deposition - Case Style unknown - - Zoom instructions to be provided. - Minimum fee: $220.0. - Travel charge: $0.0. - Rate per hour: $110.0  **Vanessa Carrillo** | $220.00 | 1 | $220.00 |

| | |
|---|---|
| Subtotal | $220.00 |
| Paid To Date | $0.00 |
| **Balance Due** | **$220.00** |

**Terms**

Spanish interpreting jobs have a 24-hour cancellation policy. Other language assignments have a 48-hour cancellation policy.

I understand my card will be debited automatically for any late cancellation fees or for additional work performed in excess of what has been quoted.

I declare I have read and agree with the terms and conditions posted on the website and that I have authority to bind myself and my company into this agreement.

I will be responsible for all collection costs as described in the default clause.

Page 1 of 1



**Legal Translations, Inc.**
a DBA of: Vega Interpreters, Inc.
EIN Number: 26-4084461
DUNS #: 027121221
GSA Contract #: 47QRAA18D004Y
www.legaltranslations.net
info@legaltranslations.net
1-800-537-3047

3550 NW 20th Street
Miami, Florida 33142
United States

## INVOICE

| | | |
|---|---|---|
| Invoice Number | D20548 | Anthony F. Sanchez, P.A.. |
| Invoice Date | Fri Jul 30, 2021 | 6701 Sunset Drive |
| Due Date | Fri Aug 13, 2021 | Suite 101 |
| Balance Due | $220.00 | Miami, FL 33143 |
| | | faz@laborlawfla.com |

| Service | Description | Rate | hours/ words/ days | Total |
|---|---|---|---|---|
| Interpretation- Deposition- | This is an estimate for 2 hrs. Your final price may vary. Spanish interpreter for Aug 5, 2021 10:00 AM - Deponent name unknown - State court interpreter. Deposition - Case style unknown - - Zoom instructions to be provided. - Minimum fee: $220. - Travel charge: $0.0. - Rate per hour: $110 | $220.00 | 1 | $220.00 |
| | Ruben Sierra | | | |

**Terms**
Spanish interpreting jobs have a 24-hour cancellation policy.
Other language assignments have a 48-hour cancellation policy.

I understand my card will be debited automatically for any late cancellation fees or for additional work performed in excess of what has been quoted.

I declare I have read and agree with the terms and conditions posted on the website and that I have authority to bind myself and my company into this agreement.

I will be responsible for all collection costs as described in the default clause.

| | |
|---|---|
| Subtotal | $220.00 |
| Paid To Date | $0.00 |
| **Balance Due** | **$220.00** |

# Invoice

zoom

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

| | |
|---|---|
| Invoice Date: | Jul 30, 2021 |
| Invoice #: | INV99880875 |
| Payment Terms: | Due Upon Receipt |
| Due Date: | Jul 30, 2021 |
| Account Number: | 2601317090 |
| Currency: | USD |
| Account Information: | Anthony F. Sanchez, P.A. |

Federal Employer ID Number: 61-1648780

Purchase Order Number:

Tax Exempt Certificate ID:

Zoom W-9

Sold To Address: 6701 SUNSET DR, Suite 101
SOUTH MIAMI, Florida 33143
United States

afs@laborlawfla.com

Bill To Address: 6701 SUNSET DR, Suite 101
SOUTH MIAMI, Florida 33143
United States

afs@laborlawfla.com

## Charge Details

| CHARGE DESCRIPTION | SUBSCRIPTION PERIOD | SUBTOTAL | TAXES, FEES & OTHER CHARGES | TOTAL |
|---|---|---|---|---|
| Charge Name: Standard Pro Monthly<br>Quantity: 1<br>Unit Price: $14.99 | Jul 30, 2021-Aug 29, 2021 | $14.99 | $0.00 | $14.99 |

| | |
|---|---|
| Subtotal | $14.99 |
| **Total (Including Tax)** | **$14.99** |
| Invoice Balance | $0.00 |

## Taxes, Fees & Other Charge Details

| CHARGE NAME | TAX, FEE OR SURCHARGE NAME | JURISDICTION | CHARGE AMOUNT | TAX, FEE OR OTHER CHARGE AMOUNT |
|---|---|---|---|---|
| | | | Total Tax | $0.00 |



Legal Translations, Inc.
a DBA of: Vega Interpreters, Inc.
EIN Number: 26-4084461
DUNS #: 027121221
GSA Contract #: 47QRAA18D004Y
www.legaltranslations.net
info@legaltranslations.net
1-800-537-3047

3550 NW 20th Street
Miami, Florida 33142
United States

## INVOICE

| | | |
|---|---|---|
| Invoice Number | F20547 | **Anthony F. Sanchez, P.A..** |
| Invoice Date | Tue Aug 3, 2021 | 6701 Sunset Drive |
| Due Date | Tue Aug 3, 2021 | Suite 101 |
| Balance Due | $0.00 | Miami, FL 33143 |
| | | faz@laborlawfla.com |

| Service | Description | Rate | hours/ words/ days | Total |
|---|---|---|---|---|
| Interpretation - | Deposition - Vanessa Carrillo - Erik Chavez v. Grill Enterprises LLC - State Court - ANTHONY F. SANCHEZ, ESQ - Started: Aug 03, 2021 at 10:00 AM - Ended: Aug 03, 2021 at 05:26 PM - Regular hours: 7.5 at $110 p/h -  - Overtime hours: 0 at $165.0 p/h -  JobID 20547 -  - Total: $825.0 - Paid: $220.0 upon booking. This is an additional charge for the remaining balance of $605.0 | $605.00 | 1 | $605.00 |

**Vanessa Carrillo supplemental**

| | |
|---|---|
| Subtotal | $605.00 |
| Paid To Date | $605.00 |
| Balance Due | $0.00 |

**Terms**

Spanish interpreting jobs have a 24-hour cancellation policy. Other language assignments have a 48-hour cancellation policy.

I understand my card will be debited automatically for any late cancellation fees or for additional work performed in excess of what has been quoted.

I declare I have read and agree with the terms and conditions posted on the website and that I have authority to bind myself and my company into this agreement.

I will be responsible for all collection costs as described in the default clause.



1395 Brickell Avenue
Suite 800
Miami, FL 33131
305-371-5490

**www.sd-adr.com**

# Invoice

| Date | Invoice # |
|---|---|
| 10/19/2021 | 45201 |

| Bill To |
|---|
| Anthony Sanchez, Esq.<br>6701 Sunset Dr Ste 101<br>Miami, FL 33143 |

| Case Number |
|---|
| 20-22603 |

| Description | Date | Amount |
|---|---|---|
| Mediation Services<br>4.5 hrs. @$350/hr split in half<br><br>Erik Chavez v Grill Enterprises | 10/6/2021 | 787.50 |

FEDERAL TAX ID NO.: 65-0627649
Please return a copy of this Invoice along with your check.
Thank you!

| | |
|---|---|
| **Total** | $787.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $787.50 |



Legal Translations, Inc.
a DBA of: Vega Interpreters, Inc.
EIN Number: 26-4084461
DUNS #: 027121221
www.legaltranslations.net
info@legaltranslations.net
1-800-537-3047

3550 NW 20th Street
Miami, Florida 33142
United States

## INVOICE

| | | |
|---|---|---|
| Invoice Number | D21433 | Anthony F. Sanchez, P.A.. |
| Invoice Date | Wed Mar 15, 2023 | 6701 Sunset Drive |
| Due Date | Wed Mar 29, 2023 | Suite 101 |
| Balance Due | $220.00 | Miami, FL 33143 |
| | | faz@laborlawfla.com |

| Service | Description | Rate | hours/ words/ days | Total |
|---|---|---|---|---|
| Interpretation | This is the estimated minimum fee. Your final charges may vary depending on the duration of the assignment. Spanish interpreter for 21-Mar-2023 at 10:00 AM EST  - Erik Chavez - State court interpreter. Settlement conference - Erik Chavez, et al., v. Grill Enterprises, LLC, et al. -   - Join ZoomGov Meeting https://www.zoomgov.com/j/1616728605?pwd=dGF6ck5VeXBydDhHVnJZWDlnSVpVdz09 Meeting ID: 161 672 8605 Passcode: 739329 - Appearance fee: $220. - Travel charge: $0. - Rate per hour: $110 | $220.00 | 1 | $220.00 |

Zoom settlement conference

| | | |
|---|---|---|
| | Subtotal | $220.00 |
| | Paid To Date | $0.00 |
| | Balance Due | $220.00 |

**Terms**
Spanish interpreting jobs have a 24-hour cancellation policy. Other language assignments have a 48-hour cancellation policy.

I understand my card will be debited automatically for any late cancellation fees or for additional work performed in excess of what has been quoted.

I declare I have read and agree with the terms and conditions posted on the website and that I have authority to bind myself and my company into this agreement.

I will be responsible for all collection costs as described in the default clause.



Legal Translations, Inc.
a DBA of: Vega Interpreters, Inc.
EIN Number: 26-4084461
DUNS #: 027121221
www.legaltranslations.net
info@legaltranslations.net
1-800-537-3047

3550 NW 20th Street
Miami, Florida 33142
United States

# INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | F21433 | Anthony F. Sanchez, P.A.. | |
| Invoice Date | Tue Mar 21, 2023 | 6701 Sunset Drive | |
| Due Date | Tue Mar 21, 2023 | Suite 101 | |
| Balance Due | $0.00 | Miami, FL 33143 | |
| | | faz@laborlawfla.com | |

| Service | Description | Rate | hours/ words/ days | Total |
|---|---|---|---|---|
| Interpretation | Settlement conference - Erik Chavez - Erik Chavez, et al., v. Grill Enterprises, LLC, et al. - State Court - - Date of Service:Started: Mar 21, 2023 at 10:00 AM - Ended: Mar 21, 2023 at 03:04 PM - Regular hours: 5 at $110 p/h - - Overtime hours: 0 at $165.0 p/h - Minimum fee: 220 JobID 21433 - Total: $550.0 - Paid: $220.0 upon booking. This is an additional charge for the remaining balance of $330.0 Requestor: Frank Zwanink | $330.00 | 1 | $330.00 |

**Supplemental for Zoom settlement conference**

| | |
|---|---|
| Subtotal | $330.00 |
| Paid To Date | $330.00 |
| Balance Due | $0.00 |

**Terms**

Spanish interpreting jobs have a 24-hour cancellation policy. Other language assignments have a 48-hour cancellation policy.

I understand my card will be debited automatically for any late cancellation fees or for additional work performed in excess of what has been quoted.

I declare I have read and agree with the terms and conditions posted on the website and that I have authority to bind myself and my company into this agreement.

I will be responsible for all collection costs as described in the default clause.

Page 1 of 1

| | | |
|---|---|---|
| Caplan, Caplan & Caplan Process Servers<br>12505 Orange Drive<br>Suite 907<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2023014828<br>4/26/2023<br> |

Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

**Case Number: Miami-Dade 20-22603-CIV-GOODMAN**

**Plaintiff:**
**ERIK CHAVEZ, ET AL.,**

**Defendant:**
**GRILL ENTERPRISES, LLC, ET AL.,**

Received: 4/25/2023    Served: 4/25/2023 1:47 pm   INDIVIDUAL DISTRICT COURT
To be served on: **VANESSA CARRILLO**

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA ORIGINAL FEE | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$35.00** |

| | |
|---|---|
| **BALANCE DUE:** | **$35.00** |

Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2023014827
5/2/2023



Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

**Case Number:** Miami-Dade 20-22603-CIV-GOODMAN

**Plaintiff:**
ERIK CHAVEZ, ET AL.,

**Defendant:**
GRILL ENTERPRISES, LLC, ET AL.,

Received: 4/25/2023   Served: 5/1/2023 12:28 pm   INDIVIDUAL DISTRICT COURT
To be served on: YEISON GONZALEZ (A/K/A) NELSON

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA ORIGINAL FEE | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

| BALANCE DUE: | $35.00 |
|---|---|

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Page 1 / 1

| Caplan, Caplan & Caplan Process Servers<br>12505 Orange Drive<br>Suite 907<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2023014833<br>5/2/2023 |



Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

**Case Number:** Miami-Dade 20-22603-CIV-GOODMAN

**Plaintiff:**
ERIK CHAVEZ, ET AL.,

**Defendant:**
GRILL ENTERPRISES, LLC, ET AL.,

Received: 4/25/2023   Served: 5/1/2023 12:27 pm   INDIVIDUAL DISTRICT COURT
To be served on: DENYSSE CARILLO

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA ORIGINAL FEE | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$35.00** |

**BALANCE DUE:**                                                                 $35.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Page 1 / 1

**Caplan, Caplan & Caplan Process Servers**
12505 Orange Drive
Suite 907
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2023014830
5/2/2023



Anthony Sanchez
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive
Suite 101
Coral Gables, FL 33143

**Case Number: Miami-Dade 20-22603-CIV-GOODMAN**

**Plaintiff:**
ERIK CHAVEZ, ET AL.,

**Defendant:**
GRILL ENTERPRISES, LLC, ET AL.,

Received: 4/25/2023   Served: 5/1/2023 12:35 pm   INDIVIDUAL DISTRICT COURT
To be served on: MARIANA PINTO

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA ORIGINAL FEE | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$35.00** |

**BALANCE DUE:**   $35.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Page 1 / 1



Legal Translations, Inc.
a DBA of: Vega Interpreters, Inc.
EIN Number: 26-4084461
DUNS #: 027121221
www.legaltranslations.net
info@legaltranslations.net
1-800-537-3047

3550 NW 20th Street
Miami, Florida 33142
United States

## INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | F21488 | Anthony F. Sanchez, P.A.. | |
| Invoice Date | Tue May 9, 2023 | 6701 Sunset Drive | |
| Due Date | Tue May 9, 2023 | Miami | |
| Balance Due | $1,120.00 | faz@laborlawfla.com | |

| Service | Description | Rate | hours/ words/ days | Total |
|---|---|---|---|---|
| Interpretation | Trial - - Eric Chavez et. al vs. GRILL ENTERPRISES, LLC, et al., - Federal Court - ANTHONY F. SANCHEZ, ESQ. - Date of Service:Started: May 08, 2023 at 09:30 AM - Ended: Late Cancellation - Regular hours: 0 at $140 p/h - - Overtime hours: 0 at $210.0 p/h - Minimum fee: 1120 JobID 21488 - Total: $1120 Requestor: Frank Zwanink<br><br>Day 1 of trial | $1,120.00 | 1 | $1,120.00 |

**Terms**

Spanish interpreting jobs have a 24-hour cancellation policy. Other language assignments have a 48-hour cancellation policy.

I understand my card will be debited automatically for any late cancellation fees or for additional work performed in excess of what has been quoted.

I declare I have read and agree with the terms and conditions posted on the website and that I have authority to bind myself and my company into this agreement.

I will be responsible for all collection costs as described in the default clause.

| | |
|---|---|
| Subtotal | $1,120.00 |
| Paid To Date | $0.00 |
| Balance Due | $1,120.00 |

Page 1 of 1

# Arrow Express Messenger Service

P.O. Box 526421
Miami, Florida 33152-6421
EIN: 65-0417656
Phone: (305) 599-6264
Fax: (305) 594-2811

# INVOICE

Date: 5/12/2023
Invoice Number: 67775
Invoice Period: 5/1/2023 To 5/12/2023

**Account Number:**

ANTHONY F SANCHEZ, P.A
6701 SUNSET DRIVE #101
MIAMI          FL     33143
(305) 665-9211

| Date | Job ID | CompanyRef | Ordered By | Pickup Address | DeliverTo Address / Notes | AddChrg | ServiceType | Price |
|---|---|---|---|---|---|---|---|---|
| 5/1/2023 | 383982 | | frank | ANTHONY F SAN / 6701 SUNSET DRIVE #101 | court / 99 ne 4 st #11 fl | $0.00 | ONE WAY | $35.00 |
| | | | | | jury instructions to the Court, with flash drive | | | |
| 5/4/2023 | 384060 | | frank | ANTHONY F SAN / 6701 SUNSET DRIVE #101 | court / 99 ne 4 st #11 | $0.00 | ONE WAY | $30.00 |
| | | | | | verdict form to the Court, with flash drive | | | |

Sub Total: $65.00
Additional Charge +   $0.00
**TOTAL: $65.00**

Friday, May 12, 2023                                                      Page 1 of 1